# EXHIBIT B

## Method

### Sample

Global Strategy Group, a research firm that was hired to collect the survey data, used random digit dialing to identify a sample of 600 respondents. Of those responses, half came from Buffalo and half came from Rochester (see Table 1). The majority of responses were obtained from calling landline numbers ($n = 455$). The remaining responses were obtained from calls to cell phones, with 73 cell phone responses coming from the Rochester area and 72 cell phone responses coming from the Buffalo area.

Table 1: Respondents by Area

| Area | N | % of Area | % of Total |
|---|---|---|---|
| *Buffalo* | *300* | *100.0* | *50.0* |
| Allegany | 10 | 3.3 | 1.7 |
| Cattaraugus | 15 | 5.0 | 2.5 |
| Chautauqua | 26 | 8.7 | 4.3 |
| Erie | 178 | 59.3 | 29.7 |
| Genesee | 12 | 4.0 | 2.0 |
| Niagara | 43 | 14.3 | 7.2 |
| Orleans | 8 | 2.7 | 1.3 |
| Wyoming | 8 | 2.7 | 1.3 |
| | | | |
| *Rochester* | *300* | *100.0* | *50.0* |
| Livingston | 16 | 5.3 | 2.7 |
| Monroe | 175 | 58.3 | 29.2 |
| Ontario | 25 | 8.3 | 4.2 |
| Seneca | 8 | 2.7 | 1.3 |
| Wayne | 22 | 7.3 | 3.7 |
| Yates | 6 | 2.0 | 1.0 |
| Steuben | 23 | 7.7 | 3.8 |
| Schuyler | 4 | 1.3 | .7 |
| Chemung | 21 | 7.0 | 3.5 |
| *Total* | *600* | | *100.0* |

Because the goal of the survey was to reach conclusions about people who could potentially serve as jurors in this case, the initial set of questions concerned jury eligibility. First, respondents were asked if the interviewer could speak to the person in the household who is a US citizen, over 18, with the most recent birthday. Then the respondents were asked one to four questions used to determine if the person was a potential member of the Federal jury pool (i.e., did they represent the population of interest). These questions asked the respondents to indicate whether they had a New York State driver's license, filed a tax-return in New York State, or received New York State benefits such as unemployment or home relief. All 600 respondents were potentially eligible to serve as jurors. Their responses are displayed in Table 2.

Table 2: Total Eligibility Requirements

| Eligibility Criteria | N | % of Total |
|---|---|---|
| New York driver's license | 581 | 96.8 |
| New York tax-return | 17 | 2.8 |
| New York Unemployment | 1 | .2 |
| New York Home relief | 1 | .2 |
| | | |
| Total | 600 | 100.0 |

**Community Survey Instrument**

This survey instrument was designed to assess community prejudice and case knowledge, if any, among potential jurors in Rochester and Buffalo. The survey contained 22 items. We group the questions in this report by subject matter.

- **Recall and Recognition (Questions 2-7).** These questions probed for respondents' knowledge of the incident and the defendant.
- **Juror Bias (Questions 8, 10-12, 16).** These questions assessed whether respondents felt they could be fair and impartial juror and their impressions of the defendant.
- **News and Media (Questions 1, 13-14).** These questions asked respondents to describe how closely they followed the news, both generally and specifically for information about this case, and the sources from which they learned information about the case.
- **Social Distance (Questions 15, 17-20).** These questions assessed the extent to which the respondents were socially close to the event. Specifically, these questions assessed whether the respondents were affected by the event, worked for Xerox, or knew someone who did.
- **Racial Discrimination (Questions 21-22).** These questions assessed respondents' opinions about racial discrimination in the workplace and those who file racial discrimination claims.

**Analysis**

For each question, we present a table with the whole number of responses ($N$) for each category and the percent of those responses (%) in each district. Each table is accompanied by a chi-squared test of independence. These tests indicate whether the observed differences likely are due to sampling error or represent real differences between each federal district. Probability values less than 5% ($p < .050$) are accepted in the field as good evidence for real differences.

Missing data occur because not every respondent was asked every question. Missing data is deleted pair wise, meaning that individuals that are excluded in some analyses are included elsewhere (i.e., where they have given valid responses).

**Results**

**Recall and Recognition**

All respondents ($N = 600$) answered the case recognition questions (Questions 2-4). These questions prompted the respondents to remember the case with increasing levels of specificity. Question 2 asked "*Do you remember hearing a story in August, 2003, about the robbery of a federal credit union on the Webster New York Campus of Xerox?*" The results are presented in Table 3. Participants were significantly more likely to remember the case if they were from Rochester than from Buffalo.

Table 3: Incident Recall to 1st Prompt (Question 2).

|  | Rochester | | Buffalo | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
| Responses | N | % | N | % | N | % |
| Yes | 156 | 52.0 | 30 | 10.0 | 186 | 31.0 |
| No | 137 | 45.7 | 266 | 88.7 | 403 | 67.2 |
| Don't know/Refused | 7 | 2.3 | 4 | 1.3 | 11 | 1.8 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(1, N = 589) = 126.64, p < .001, V = .46$

The 414 respondents who did not recognize the case after the first prompt were asked Question 3: "*If I said that a customer was fatally shot, another was injured, and that surveillance footage of the crime was shown on news and TV media, would that sound familiar?*" The responses are presented in Table 4. Again, a significantly larger percentage of respondents from Rochester than from Buffalo recognized the case after this prompt.

Table 4: Incident Recall to 2nd Prompt (Question 3).

|  | Rochester | | Buffalo | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
| Responses | N | % | N | % | N | % |
| Yes | 23 | 16.0 | 21 | 7.8 | 44 | 10.6 |
| No | 117 | 81.3 | 241 | 89.3 | 358 | 86.5 |
| Don't know/Refused | 4 | 2.8 | 8 | 3.0 | 12 | 2.9 |
| Total | 144 | 100.0 | 270 | 100.0 | 414 | 100.0 |

$\chi^2(1, N = 402) = 6.63, p = .010, V = .13$

The 370 respondents who did not recognize the case after the first two prompts were asked Question 4: "*If I said that a manhunt for the culprit ensued and that the manhunt resulted in local roadblocks, police checkpoints, and a multiple hour lockdown of the Xerox campus, would that sound familiar?*" The results are presented in Table 5. In this case, there were no statistically significant differences in case recall based on this prompt between Rochester and Buffalo.

Table 5: Incident Recall to 3rd Prompt (Question 4).

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes | 7 | 5.8 | 21 | 8.4 | 28 | 7.6 |
| No | 113 | 93.4 | 225 | 90.4 | 338 | 91.4 |
| Don't know/Refused | 1 | 0.8 | 3 | 1.2 | 4 | 1.1 |
| Total | 121 | 100.0 | 249 | 100.0 | 370 | 100.0 |

$\chi^2(1, N = 366) = 0.83, p = .361, V = .05$

We combined answers from Questions 2-4 into a measure of *Incident Recall*. Here a "Yes" response indicates that the respondent recognized the case from any of three prompts. The results are in Table 6. Overall, 258 respondents recognized the case. A significantly higher percentage of respondents from Rochester than from Buffalo remembered the case.

Table 6: Total Recall of the Incident (Questions 2-4).

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes | 186 | 62.0 | 72 | 24.0 | 258 | 43.0 |
| No | 114 | 38.0 | 228 | 76.0 | 342 | 57.0 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(1, N = 600) = 88.37, p < .001, V = .38$

All respondents were also asked Question 5: *"Are you aware that an individual has been charged in this incident with armed robbery resulting in death?"* The results are in Table 7. More respondents from Rochester indicated that they knew that about charges in this case.

Table 7: Aware of Charges in Case (Question 5).

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes | 106 | 35.3 | 14 | 4.7 | 120 | 20.0 |
| No | 185 | 61.7 | 283 | 94.3 | 468 | 78.0 |
| Don't know/Refused | 9 | 3.0% | 3 | 1.0 | 12 | 2.0 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(1, N = 588) = 91.00, p < .001, V = .39$

All respondents were asked if they could recall the name of the individual charged (Question 6: *"An individual has been charged for this crime. Do you recall the name of this individual?"*). Very few indicated the correct name (Richard Wilbern) and there were no statistically significant differences between Rochester and Buffalo (See Table 8).

Table 8: Recall of "Richard Wilbern" (Question 6).

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes, Correct | 4 | 1.3 | 2 | 0.7 | 6 | 1.0 |
| Yes, Incorrect | 2 | 0.7 | 1 | 0.3 | 3 | 0.5 |
| No | 288 | 96.0 | 296 | 98.7 | 584 | 97.3 |
| Don't know/Refused | 6 | 2.0 | 1 | 0.3% | 7 | 1.2 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(2, N = 593) = 1.07, p = .586, V = .04$

Respondents that could not correctly recall the name "Richard Wilbern" were asked if they recognized the name "Richard Wilbern" (Question 7: "*Do you recall that the name of the individual is Richard Wilbern?*"). More respondents from Rochester than Buffalo reported that they did recognize the name once prompted (see Table 9).

Table 9: Recognition of "Richard Wilbern" (Question 7).

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes | 23 | 7.8 | 7 | 2.3 | 30 | 5.1 |
| No | 258 | 87.2 | 287 | 96.3 | 545 | 91.8 |
| Don't know/Refused | 15 | 5.1 | 4 | 1.3 | 19 | 3.2 |
| Total | 296 | 100.0 | 298 | 100.0 | 594 | 100.0 |

$\chi^2(1, N = 575) = 9.79, p = .002, V = .13$

We combined the responses to Question 6 and 7 to form a measure of *Defendant Recognition*. Overall, significantly more respondents recognized the defendant's name from Rochester than from Buffalo (see Table 10).

Table 10: Recognition or Recall of Name (Questions 6-7)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes | 27 | 9.0 | 9 | 3.0 | 36 | 6.0 |
| No | 273 | 91.0 | 291 | 97.0 | 564 | 94.0 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(1, N = 600) = 9.57, p = .002, V = .126$

Finally we combined responses from this section to create a measure of *Total Recall*. A "Yes" response for this variable indicates that the respondent said "Yes" to Questions 2, 3, 4, 6 or 7. The results are presented in Table 11. Sixty-three percent of respondents from Rochester indicated some case recognition whereas only 25 percent of respondents from Buffalo indicated the same. This difference was statistically significant.

Table 11: Total case recall (Q2|3|4|6|7)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes | 189 | 63.0 | 75 | 25.0 | 264 | 44.0 |
| No | 111 | 37.0 | 225 | 75.0 | 336 | 56.0 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(1, N = 600) = 87.91, p < .001, V = .38$

**Juror Bias**

All respondents were asked to give their impressions on the Xerox Corporation (Question 16: "*What would you say is your impression, if any, of Xerox Corporation?*"). The results are presented in Table 12. Participants from Rochester were more likely to have an opinion about Xerox, whether positive or negative. Respondents from Buffalo were more likely than respondents from Rochester to say they have a neutral opinion or none at all.

Table 12: Impressions of Xerox (Question 16)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Very positive | 41 | 13.7 | 28 | 9.3 | 69 | 11.5 |
| Somewhat positive | 72 | 24.0 | 51 | 17.0 | 123 | 20.5 |
| Neutral | 140 | 46.7 | 174 | 58.0 | 314 | 52.3 |
| Somewhat negative | 18 | 6.0 | 3 | 1.0 | 21 | 3.5 |
| Very negative | 7 | 2.3 | 4 | 1.3 | 11 | 1.8 |
| No impression | 8 | 2.7 | 21 | 7.0 | 29 | 4.8 |
| Don't know/Refused | 14 | 4.7 | 19 | 6.3 | 33 | 5.5 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(4, N = 538) = 20.67, p < .001, V = .196$

Respondents who recalled the case (Total Recall = 264) were also asked to give their opinions on the defendant, Richard Wilbern (Question 8: "What would you say is your impression, if any, of the defendant, Richard Wilbern?"). The results are presented in Table 13. There were no statistically significant differences in opinion between Rochester and Buffalo.

**7.     Do you recall that the name of the individual is Richard Wilbern?** (DO NOT READ
RESPONSES)

   1.     Yes
   2.     No
   3.     Don't know/Refused (DO NOT READ)

[END OF MANDATORY QUESTIONS]
[CONTINUE TO 8 IF Q2, Q3, Q4 or Q7 is "YES" OR Q6 is "Richard Wilbern"]
[Otherwise SKIP TO Q16]

**8.     What would you say is your impression, if any, of the defendant, Richard Wilbern?
Would you say your impression is:** (READ RESPONSES)

   [Run answers counter-balanced]
   1.     Very positive
   2.     Somewhat positive
   3.     Neutral
   4.     Somewhat negative
   5.     Very negative
   6.     No impression (DO NOT READ)
   7.     Don't know/Refused  (DO NOT READ)

**9.     What do you think is the most compelling evidence, if any, in the case against
Richard Wilbern?** (OPEN ENDED, SPECIFY)

_____

_____

**10.    What is your opinion about whether Richard Wilbern is guilty of robbery resulting
in death? Would you say he is:**

     [Run answers counter-balanced]
   1.     Definitely guilty
   2.     Probably guilty
   3.     Not certain
   4.     Probably not guilty
   5.     Definitely not guilty
   6.     Don't Know/Refused (DO NOT READ)

Table 13: Impressions of Richard Wilbern (Question 8)

|  | Rochester | | Buffalo | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
| Responses | N | % | N | % | N | % |
| Very positive | 5 | 2.6 | 0 | 0.0 | 5 | 1.9 |
| Somewhat positive | 5 | 2.6 | 0 | 0.0 | 5 | 1.9 |
| Neutral | 70 | 37.0 | 26 | 34.7 | 96 | 36.4 |
| Somewhat negative | 29 | 15.3 | 6 | 8.0 | 35 | 13.3 |
| Very negative | 36 | 19.0 | 14 | 18.7 | 50 | 18.9 |
| No impression | 24 | 12.7 | 18 | 24.0 | 42 | 15.9 |
| Don't know/Refused | 20 | 10.6 | 11 | 14.7 | 31 | 11.7 |
| Total | 189 | 100.0 | 75 | 100.0 | 264 | 100.0 |

$\chi^2(4, N = 191) = 4.99, p = .289, V = .162$

Question 10 asked respondents, "*What is your opinion about whether Richard Wilbern is guilty of robbery resulting in death?*" The results are presented in Table 14. There were no statistically significant differences in opinion between Rochester and Buffalo.

Table 14: Opinions on Guilt (Question 10)

|  | Rochester | | Buffalo | | Total | |
| --- | --- | --- | --- | --- | --- | --- |
| Responses | N | % | N | % | N | % |
| Definitely guilty | 16 | 8.5 | 3 | 4.0 | 19 | 7.2 |
| Probably guilty | 41 | 21.7 | 10 | 13.3 | 51 | 19.3 |
| Not certain | 84 | 44.4 | 42 | 56.0 | 126 | 47.7 |
| Probably not guilty | 9 | 4.8 | 4 | 5.3 | 13 | 4.9 |
| Definitely not guilty | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Don't Know/Refused | 39 | 20.6 | 16 | 21.3 | 55 | 20.8 |
| Total | 189 | 100.0 | 75 | 100.0 | 264 | 100.0 |

$\chi^2(3, N = 209) = 4.98, p = .173, V = .154$

Question 11 asked respondents, "*In light of what you have learned from the news and what you have told us, if you were a juror in this case, do you think that you could set aside this opinion and render a verdict based only on the trial evidence?*" The results are presented in Table 15. There were no statistically significant differences in opinion between Rochester and Buffalo.

Table 15: Render Fair Verdict (Question 11)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Definitely Yes | 89 | 47.1 | 34 | 45.3 | 123 | 46.6 |
| Probably Yes | 52 | 27.5 | 19 | 25.3 | 71 | 26.9 |
| Not Sure | 30 | 15.9 | 15 | 20.0 | 45 | 17.0 |
| Probably No | 9 | 4.8 | 2 | 2.7 | 11 | 4.2 |
| Definitely No | 5 | 2.6 | 3 | 4.0 | 8 | 3.0 |
| Don't know/Refused | 4 | 2.1 | 2 | 2.7 | 6 | 2.3 |
| Total | 189 | 100.0 | 75 | 100.0 | 264 | 100.0 |

$\chi^2(4, N = 258) = 1.56, p = .816, V = .08$

Question 12 asked respondents, "*In light of what you have learned from the news and what you have told us, do you think that you could be a fair and impartial juror in a case involving charges against Richard Wilbern??*" The results are presented in Table 16. There were no statistically significant differences in opinion between Rochester and Buffalo.

Table 16: Fair and Impartial Juror (Question 12)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Definitely Yes | 86 | 45.5 | 29 | 38.7 | 115 | 43.6 |
| Probably Yes | 48 | 25.4 | 21 | 28.0 | 69 | 26.1 |
| Not Sure | 23 | 12.2 | 13 | 17.3 | 36 | 13.6 |
| Probably No | 18 | 9.5 | 5 | 6.7 | 23 | 8.7 |
| Definitely No | 12 | 6.3 | 6 | 8.0 | 18 | 6.8 |
| Don't know/Refused | 2 | 1.1 | 1 | 1.3 | 3 | 1.1 |
| Total | 189 | 100.0 | 75 | 100.0 | 264 | 100.0 |

$\chi^2(4, N = 261) = 2.49, p = .647, V = .10$

**News and Media**

We also asked a number of questions about respondents' consumption of news and media relating to the case. Question 1 asked *How closely do you follow the news?*" as a general introduction to this set of questions. The results are presented in Table 17.

Table 17: Follow the News in General (Question 1)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Very closely | 108 | 36.0 | 110 | 36.7 | 218 | 36.3 |
| Fairly closely | 139 | 46.3 | 138 | 46.0 | 277 | 46.2 |
| Not too closely | 39 | 13.0 | 39 | 13.0 | 78 | 13.0 |
| Not at all closely | 13 | 4.3 | 12 | 4.0 | 25 | 4.2 |
| Don't know/Refused | 1 | 0.3 | 1 | 0.3 | 2 | 0.3 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(3, N = 598) = 0.06$, $p = .996$, $V = .01$

Pertaining to this case specifically, Question 13 asked *"Where would you say that most of your information about this incident has come from?"* The results are in Table 18. There were no statistically significant differences in the sources of case related information between Rochester and Buffalo.

Table 18: Source of Case Information (Question 13)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Newspapers | 36 | 19.0 | 10 | 13.3 | 46 | 17.4 |
| Radio | 16 | 8.5 | 5 | 6.7 | 21 | 8.0 |
| Television | 98 | 51.9 | 34 | 45.3 | 132 | 50.0 |
| Internet | 11 | 5.8 | 3 | 4.0 | 14 | 5.3 |
| Other media | 4 | 2.1 | 3 | 4.0 | 7 | 2.7 |
| Word of mouth | 9 | 4.8 | 7 | 9.3 | 16 | 6.1 |
| Other | 7 | 3.7 | 9 | 12.0 | 16 | 6.1 |
| Don't know/Refused | 8 | 4.2 | 4 | 5.3 | 12 | 4.5 |
| Total | 189 | 100.0 | 75 | 100.0 | 264 | 100.0 |

$\chi^2(6, N = 252) = 10.73$, $p = .097$, $V = .21$

Question 14 asked *"How closely would you say you have followed the media surrounding this incident?"* There were statistically significant differences between Rochester and Buffalo (see Table 19). Among those who expressed some familiarity with the case, respondents in Rochester were more likely to be following the case than respondents from Buffalo.

Table 19: Follow the News of this Case (Question 14)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Very closely | 14 | 7.4 | 1 | 1.3 | 15 | 5.7 |
| Somewhat closely | 40 | 21.2 | 3 | 4.0 | 43 | 16.3 |
| Not that closely | 63 | 33.3 | 19 | 25.3 | 82 | 31.1 |
| Not closely at all | 69 | 36.5 | 51 | 68.0 | 120 | 45.5 |
| Don't know/Refused | 3 | 1.6 | 1 | 1.3 | 4 | 1.5 |
| Total | 189 | 100.0 | 75 | 100.0 | 264 | 100.0 |

$\chi^2(3, N = 260) = 25.99, p < .001, V = .32$

## Social Distance

The instrument assessed social distance in a number of ways. For those that recalled the incident, we asked them Question 15, "*After the incident occurred, were you or someone you know affected by law enforcement activity—such as the Xerox Campus lockdown or roadblocks—related to the search for a suspect?*" The results are presented in Table 20. Respondents from Rochester were more likely to report that they or someone they know was affected by the incident than respondents from Buffalo.

Table 20: Respondents Affected by Search (Question 15)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes, I was affected | 12 | 6.3 | 0 | 0.0 | 12 | 4.5 |
| Yes, someone I know was affected | 9 | 4.8 | 1 | 1.3 | 10 | 3.8 |
| No | 164 | 86.8 | 73 | 97.3 | 237 | 89.8 |
| Don't know/Refused | 4 | 2.1 | 1 | 1.3 | 5 | 1.9 |
| Total | 189 | 100.0 | 75 | 100.0 | 264 | 100.0 |

$\chi^2(2, N = 259) = 7.07, p = .029, V = .17$

All participants were asked if they are or were an employee of Xerox (Question 17: "*Are you now or have you ever been a full-time, part-time, or contracted employee of Xerox Corporation?*"). The results are presented in Table 21. More respondents from Rochester than Buffalo reported that they were an employee of Xerox at some time.

Table 21: Respondents Working for Xerox (Question 17)

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Yes | 25 | 8.3 | 1 | 0.3 | 26 | 4.3 |
| No | 275 | 91.7 | 298 | 99.3 | 573 | 95.5 |
| Don't know/Refused | 0 | 0.0 | 1 | 0.3 | 1 | 0.2 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(1, N = 599) = 23.08, p < .001, V = .20$

Respondents who answered Question 17 in the affirmative ($n = 26$) were also asked Question 18, "Were you an employee of Xerox Corporation in August, 2003?" The results are presented in Table 22, but given the low number of responses, these statistics are likely unreliable and should be interpreted with caution or not at all.

Table 22: Respondents Working for Xerox in 2003 (Question 18)

| | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| Responses | N | % | N | % | N | % |
| Yes | 7 | 28.0 | 0 | 0.0 | 7 | 26.9 |
| No | 18 | 72.0 | 1 | 100.0 | 19 | 73.1 |
| Don't know/Refused | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Total | 25 | 100.0 | 1 | 100.0 | 26 | 100.0 |

$\chi^2(1, N = 26) = 0.38, p = .54, V = .12$

All respondents were also asked Question 19, "Do you know anyone who has ever been a full-time, part-time, or contracted employee of Xerox Corporation?" The results are presented in Table 23. More respondents from Rochester than Buffalo reported that they knew someone who was an employee of Xerox at some time.

Table 23: Respondents Knowing Someone Who Worked for Xerox (Question 19)

| | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| Responses | N | % | N | % | N | % |
| Yes | 162 | 54.0 | 38 | 12.7 | 200 | 33.3 |
| No | 133 | 44.3 | 262 | 87.3 | 395 | 65.8 |
| Don't know/Refused | 5 | 1.7 | 0 | 0.0 | 5 | 0.8 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

$\chi^2(1, N = 595) = 118.98, p < .001, V = .45.$

Respondents who answered Question 19 in the affirmative ($n = 200$) were also asked Question 20, *Was this person employed by Xerox Corporation in August, 2003?* The results are presented in Table 24. More respondents from Rochester than Buffalo reported that this person was an employee at Xerox in 2003.

Table 24: Respondents Knowing Someone who Worked for Xerox in 2003 (Question 20)

| | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| Responses | N | % | N | % | N | % |
| Yes | 81 | 50.0 | 12 | 31.6 | 93 | 46.5 |
| No | 39 | 24.1 | 14 | 36.8 | 53 | 26.5 |
| Don't know/Refused | 42 | 25.9 | 12 | 31.6 | 54 | 27.0 |
| Total | 162 | 100.0 | 38 | 100.0 | 200 | 100.0 |

$\chi^2(1, N = 146) = 4.21, p = .040, V = .17$

## Demographics

We asked number of demographic questions. We present those data below.

Table 25: What is your age, please?

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| 18-25 | 44 | 14.7 | 45 | 15.0 | 89 | 14.8 |
| 26-40 | 65 | 21.7 | 66 | 22.0 | 131 | 21.8 |
| 41-60 | 123 | 41.0 | 115 | 38.3 | 238 | 39.7 |
| 61-75 | 46 | 15.3 | 55 | 18.3 | 101 | 16.8 |
| 76+ | 19 | 6.3 | 15 | 5.0 | 34 | 5.7 |
| Don't know/Refused | 3 | 1.0 | 4 | 1.3 | 7 | 1.2 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

Table 26: What is the last grade of formal education you have completed?

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Less than high school | 7 | 2.3 | 4 | 1.3 | 11 | 1.8 |
| High school graduate | 96 | 32.0 | 104 | 34.7 | 200 | 33.3 |
| Some college/vocational school | 111 | 37.0 | 107 | 35.7 | 218 | 36.3 |
| College graduate | 43 | 14.3 | 45 | 15.0 | 88 | 14.7 |
| Post graduate | 41 | 13.7 | 35 | 11.7 | 76 | 12.7 |
| Don't know/Refused | 2 | 0.7 | 5 | 1.7 | 7 | 1.2 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

Table 27: What is your race and ethnic background?

| Responses | Rochester | | Buffalo | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| African | 2 | 0.7 | 1 | 0.3 | 3 | 0.5 |
| African-American, Black | 16 | 5.3 | 13 | 4.3 | 29 | 4.8 |
| American Indian | 1 | 0.3 | 1 | 0.3 | 2 | 0.3 |
| Asian | 3 | 1.0 | 1 | 0.3 | 4 | 0.7 |
| Black and Hispanic | 2 | 0.7 | 2 | 0.7 | 4 | 0.7 |
| Caucasian, White | 242 | 80.7 | 254 | 84.7 | 496 | 82.7 |
| Caucasian and African-American | 2 | 0.7 | 0 | | 2 | 0.3 |
| Caucasian and Hispanic | 2 | 0.7 | 3 | 1.0 | 5 | 0.8 |
| Hispanic | 2 | 0.7 | 1 | 0.3 | 3 | 0.5 |
| Other | 8 | 2.7 | 10 | 3.3 | 18 | 3.0 |
| Don't know/Refused | 20 | 6.7 | 14 | 4.7 | 34 | 5.7 |
| Total | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 |

Table 28: How frequently do you attend religious services?

|                       | Rochester | | Buffalo | | *Total* | |
|-----------------------|-----|-------|-----|-------|-----|-------|
| Responses             | *N* | *%*   | *N* | *%*   | *N* | *%*   |
| Never                 | 73  | 24.3  | 47  | 15.7  | 120 | 20.0  |
| Once a year or less   | 44  | 14.7  | 39  | 13.0  | 83  | 13.8  |
| A few times a year    | 58  | 19.3  | 67  | 22.3  | 125 | 20.8  |
| A few times a month   | 40  | 13.3  | 42  | 14.0  | 82  | 13.7  |
| Once a week           | 63  | 21.0  | 76  | 25.3  | 139 | 23.2  |
| More than once a week | 17  | 5.7   | 17  | 5.7   | 34  | 5.7   |
| Don't know/Refused    | 5   | 1.7   | 12  | 4.0   | 17  | 2.8   |
| *Total*               | *300* | *100.0* | *300* | *100.0* | *600* | *100.0* |

Table 29: What is your income level?

|                     | Rochester | | Buffalo | | *Total* | |
|---------------------|-----|-------|-----|-------|-----|-------|
| Responses           | *N* | *%*   | *N* | *%*   | *N* | *%*   |
| $0 - $10,000        | 12  | 4.0   | 14  | 4.7   | 26  | 4.3   |
| $10,000 - $25,000   | 30  | 10.0  | 21  | 7.0   | 51  | 8.5   |
| $25,000 - $50,000   | 60  | 20.0  | 60  | 20.0  | 120 | 20.0  |
| $50,000 - $100,000  | 81  | 27.0  | 101 | 33.7  | 182 | 30.3  |
| Over $100,000       | 49  | 16.3  | 42  | 14.0  | 91  | 15.2  |
| Don't know/Refused  | 68  | 22.7  | 62  | 20.7  | 130 | 21.7  |
| *Total*             | *300* | *100.0* | *300* | *100.0* | *600* | *100.0* |

Table 30: What gender do you identify with?

|                | Rochester | | Buffalo | | *Total* | |
|----------------|-----|-------|-----|-------|-----|-------|
| Responses      | *N* | *%*   | *N* | *%*   | *N* | *%*   |
| Female         | 142 | 47.3  | 144 | 48.0  | 286 | 47.7  |
| Male           | 158 | 52.7  | 153 | 51.0  | 311 | 51.8  |
| Other/Refused  | 0   | 0.0   | 3   | 1.0   | 3   | 0.5   |
| *Total*        | *300* | *100.0* | *300* | *100.0* | *600* | *100.0* |

**Possible Dismissals**

To assess the potential for differential impact of voir dire in the two jurisdictions, we created four variables to represent categories of people who might be dismissed as a potential juror because of their attitudes or relationships with the parties in the case. The first variable is *Social Closeness* and it is defined as individuals who responded affirmatively to Question 15, 17, 18, 19 or 20. The second variable is *Jury Bias* and it is defined as individuals who indicated some potential juror bias on Questions 10 (i.e., "definitely guilty", "probably guilty", "probably not

guilty", or "definitely not guilty"), Question 11, or Question 12 (i.e., "probably no", "definitely no"). The third variable is *Party Bias* and is defined as individuals who have already formed some opinion about either Richard Wilbern or Xerox Corporation indicated by Question 8 or 16 (i.e., "very positive", "somewhat positive", "somewhat negative", "very negative"). The last variable is called *Overall Bias* and indicates individuals who were classified as having *Social Closeness*, *Jury Bias*, or *Party Bias*.

We first analyzed whether there would be more possible dismissals from Rochester or Buffalo. The results for each dismissal variable are presented in Table 31. In each case, dismissals are more likely from Rochester than Buffalo.

Table 31: Possible Dismissals by Area.

| | Rochester | | Buffalo | | *Total* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | *N* | *%* | *N* | *%* | *N* | *%* | $\chi^2$ | *p* | *V* |
| **Social Closeness** | | | | | | | 120.08 | .00 | .45 |
| No | 135 | 45.0 | 262 | 87.3 | 397 | 66.2 | | | |
| Yes | 165 | 55.0 | 38 | 12.7 | 203 | 33.8 | | | |
| *Total* | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 | | | |
| **Jury Bias** | | | | | | | 32.43 | .00 | .23 |
| No | 221 | 73.7 | 274 | 91.3 | 495 | 82.5 | | | |
| Yes | 79 | 26.3 | 26 | 8.7 | 105 | 17.5 | | | |
| *Total* | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 | | | |
| **Party Bias** | | | | | | | 37.81 | .00 | .25 |
| No | 126 | 42.0 | 201 | 67.0 | 327 | 54.5 | | | |
| Yes | 174 | 58.0 | 99 | 33.0 | 273 | 45.5 | | | |
| *Total* | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 | | | |
| **Total Bias** | | | | | | | 84.78 | .00 | .38 |
| No | 62 | 20.7 | 172 | 57.3 | 234 | 39.0 | | | |
| Yes | 238 | 79.3 | 128 | 42.7 | 366 | 61.0 | | | |
| *Total* | 300 | 100.0 | 300 | 100.0 | 600 | 100.0 | | | |

# EXHIBIT C

# MARGARET BULL KOVERA

Department of Psychology
John Jay College of Criminal Justice
City University of New York
524 W. 59th St.
New York, NY 10019
(212) 484-1112
mkovera@jjay.cuny.edu
http://www.margaretkovera.com

## Education

Ph.D.   University of Minnesota (1994)
   Major Program:  Social Psychology; Supporting Program: Statistics

B.A.   Northwestern University (1988), with Departmental Honors
   Major:  Psychology

## Academic Positions

Presidential Scholar and Professor of Psychology, John Jay College of Criminal Justice, CUNY (2015-present)
Professor of Psychology, John Jay College of Criminal Justice, CUNY (2004-2015)
Professor, Criminal Justice Ph.D. Program, Graduate Center, CUNY (2005-present)
Professor, Social Psychology PhD Program, Graduate Center, CUNY, (2008-present)
Professor, Psychology and Law Ph.D. Program, Graduate Center, CUNY (2004-present)
Assistant to Associate Professor of Psychology, Florida International University (1995-2005)
Visiting Assistant Professor, Reed College (1993-1995)

## Other Professional Appointments and Activity

| | |
|---|---|
| 2012 – 2017 | Editor-in-Chief, *Law and Human Behavior* |
| 2009 – 2012 | Secretary/Treasurer of the Society for the Psychological Study of Social Issues (Division 41, American Psychological Association) |
| 2006 – 2009 | President Elect, President, and Past President of the American Psychology-Law-Society (Division 41, American Psychological Association) |
| 2006 – | Consultant and Expert Witness in U.S. State (CT, DC, IA, IL, IN, MA, MD, NY), U.S. Federal (MA, NY, VA) and Canadian Courts |
| 2000-2006 | Treasurer of the American Psychology-Law- Society (Division 41, American Psychological Association) |

## Honors and Awards

Distinguished Lecturer, National Science Foundation Distinguished Lecture Series (2017-2018)
Distinguished Service Award, Society for the Psychological Study of Social Issues (2014)
Distinguished Teaching Prize, John Jay College – CUNY (2010)

November 12, 2017

John Jay College Faculty Scholarly Excellence Award (2006-2007; 2007-2008; 2008-2009; 2009-2010; 2010-2011; 2012-2013)
Fellow, Association for Psychological Science (2009)
Fellow, Society for Experimental Social Psychology (2009)
Fellow, Society for the Psychological Study of Social Issues (2008)
Ursa Major Award for Outstanding Professional Contributions, Alpha Phi Fraternity (2008)
Fellow, American Psychological Association (2005)
Fellow, American Psychology Law-Society (2005)
Outstanding Teaching and Mentoring in Psychology and Law (American Psychology-Law Society, 2004)
Saleem Shah Early Career Award for Excellence and Achievement in Research (2000)
        Awarded by the American Academy of Forensic Psychology and the American Psychology-Law Society (Division 41 of the American Psychological Association)
Teaching Incentive Program Award, Florida International University (1999), a university-wide teaching award
American Psychology-Law Society Dissertation Award, First Place (1994)
University of Minnesota Graduate School Doctoral Dissertation Fellowship (1992-1993)
University of Minnesota Departmental Fellowship (1988-1989)
Departmental Honors in Psychology, Northwestern University (1988)
National Merit Scholarship, Northwestern University (1984-1985)

# RESEARCH

Grant Summary Data

| Type | Number | Amount |
|------|--------|--------|
| Federal grants | 16 | $ 2,054,409 |
| Other external grants | 2 | $      4,000 |
| Internal grants | 2 | $     12,476 |
| Total Funded | 20 | $ 2,070,885 |

## Research Grants

National Science Foundation SES# 1655265 (2017-2020)
    Title:      *The Role of Phenotypic Bias in Eyewitness Identification Accuracy*
    Amount:  $306,932

National Science Foundation SES# 1728938 (2017-2018)
    Title:      *Extra-Legal Information Transfer during Eyewitness Identification*
    Co-PI:    Andrew Evelo
    Amount:  $20,000

Society for the Psychological Study of Social Issues (2016-2017)
    Title:      *Testing the Efficacy of Interventions to Decrease Racial Bias in Jury Selection*
    Co-PI:    Karima Modjadidi
    Amount:  $2,000

National Science Foundation SES# 1323677 (2013-2016)
    Title:      *The Impact of Jury Diversity on Deliberation Quality*
    Co-PI:    Amanda Nicholson
    Amount:  $19,304

National Science Foundation SES# 1155352 (2012-2014)
    Title:      *Conference on the Future of Jury Research*
    Amount:  $36,890

National Science Foundation SES# 1155251 (2012-2014)
    Title:      *Evaluating the Influence of Daubert's Cross-Examination Safeguard on Jurors', Attorneys', and Judges' Judgments about Scientific Evidence*
    Co-PI:    Jacqueline L. Austin
    Amount:  $14,934

National Science Foundation SES# 1155250 (2012-2014)
    Title:      *Judges' and Attorneys' Judgments of the Extent to Which Jurors Have Been Prejudiced by Pretrial Publicity*
    Co-PI:    David M. Zimmerman
    Amount:  $14,550

National Science Foundation SES# 1023796 (2010-2013)
    Title:      *Concurrent Expert Testimony as a Potential Remedy for Expert Witness Partisanship*
    Amount:  $260,000

National Science Foundation SES# 0922314 (2009-2013)
    Title:      *Moderators of Lineup Administrator Expectancy Effects on Eyewitness Identification Accuracy*
    Amount:  $367,988

National Science Foundation SES# 0921408 (2009-2010)
    Title:      *An Investigation of the Psychological Processes Involved in Juror Rehabilitation*
    Co-PI:    Caroline B. Crocker
    Amount:  $12,000

National Science Foundation SES# 0921065 (2009-2010)
    Title:      *Psychological Mechanisms Underlying Racially-Biased Peremptory Challenges*
    Co=PI:    Julia Busso Kennard
    Amount:  $11,275

National Science Foundation SES# 0752638 (2008-2009)
    Title:      *Does Cross-Examination Uncover Deception?*
    Co-PI:    Sarah M. Greathouse
    Amount:  $10,200

National Science Foundation SES# 0520617 (2006-2009)
   Title:      *Psychological Mechanisms Underlying the Biasing Effects of Voir Dire*
   Amount:  $365,000

National Science Foundation SBE# 0453197 (2005-2006)
   Title:      *Educating the jury about junk science through an opposing expert witness*
   Co-PI:    Lora M. Levett
   Amount:  $12,820

National Science Foundation SBE# 0136652 (2002-2006)
   Title:      *When Juveniles Are Tried as Adults: The Effects of Voir Dire on Jury*
               *Composition and Juror Decisions.*
   Amount:  $300,062

Society for the Psychological Study of Social Issues (2001)
   Title:      *Lay versus Expert Knowledge of the Consequences of Sexual Harassment.*
   PIs:       Jane Goodman-Delahunty and Margaret Bull Kovera
   Amount:  $2,000

National Science Foundation SBE# 9986240 (2000-2003)
   Title:      *Investigator Bias in Identification Procedures: Mechanisms and Safeguards.*
   Co-PI:    Brian Cutler
   Amount:  $191,682

National Science Foundation SBE# 9711225 (1997-2000)
   Title:      *Reasoning about Scientific Evidence: The Effects of Heuristic Cues, Evidence*
               *Quality, and Reasoning Ability.*
   Amount:  $110,772

Florida International University Foundation (1997)
   Title:      *Cognitive, Social, and Developmental Factors in Suggestibility: A Meta-Analysis*
   Amount:  $10,978

University of Minnesota Doctoral Dissertation Special Grant (1992)
   Title:      *The Media and Allegations of Sexual Misconduct: The Effect of Agenda-Setting*
               *on Appraisals of Credibility*
   Amount:  $1,498

Publication Summary Data

| Type | Number |
| --- | --- |
| Books | 4 |
| Articles | 39 |
| Book Chapters | 33 |
| Other Publications | 28 |
| Conference Presentations | 163 |
| Manuscripts under Review/ Contract | 3 |

## Book (students in bold)

Kovera, M. B. (Ed.). (2017). *The psychology of juries.* Washington, DC: American
Psychological Association.

Kovera, M. B. & Cutler, B. L. (2013). *Jury selection.* New York: Oxford University Press.

Cutler, B. L., & Kovera, M. B. (2010). *Evaluating eyewitness identification.* New York: Oxford
University Press.

Bottoms, B. L., Kovera, M. B., & **McAuliff**, B. D. (Eds.) (2002). *Children, social science, and
the law.* New York: Cambridge University Press.

## Articles (students in bold)

**Zimmerman, D. M., Chorn, J. A., Rhead, L. M., Evelo, A. J.,** & Kovera, M. B. (in press).
Memory strength and lineup presentation moderate effects of administrator influence on
mistaken identifications. *Journal of Experimental Psychology: Applied.*

Kovera, M. B., & **Evelo, A. J.** (2017).  The case for double-blind lineup administration.
*Psychology, Public Policy and Law, 23,* 421-437. doi: 10.1037/law0000139

**Austin, J. L.,** & Kovera, M. B.  (2015). Cross examination educates jurors about missing control
groups in scientific evidence. *Psychology, Public Policy, and Law, 21,* 252-264.  doi:
10.1037/law0000049

**Jones, A. M.,** & Kovera, M. B.  (2015).  A demonstrative helps opposing expert testimony
sensitize jurors to the reliability of scientific evidence. *Journal of Forensic Psychology
Practice, 15,* 401-422.

**Rhead, L. M., Rodriguez, D. N., Korobeynikov, V., Yip, J. H.,** & Kovera, M. B.  (2015). The
effects of lineup administrator influence and mortality salience on witness identification
accuracy. *Journal of Forensic Psychology Practice, 15,* 248-274.  doi:
10.1080/15228932.2015.1041362

**Otis, C. C., Greathouse, S. M., Kennard, J. B.,** & Kovera, M. B.  (2014). Hypothesis-testing in
attorney-conducted voir dire.  *Law and Human Behavior, 38,* 392-404.  doi:
10.1037/lhb0000092

**McAuliff, B.D.,** & Kovera, M.B. (2012). Do jurors get what they expect? Traditional versus
alternative forms of children's testimony. *Psychology, Crime and Law, 18,* 27-47.  doi:
10.1080/1068316X.2011.613391.

Reprinted B. D. McAuliff & B. H. Bornstein (Eds.) (2015). *Beliefs and expectancies in
legal decision making.* New York: Routledge.

**Greathouse, S. M., Sothmann, F. C., Levett, L. M.**, & Kovera, M. B. (2011). The potentially biasing effects of voir dire in juvenile waiver cases. *Law and Human Behavior, 35,* 427-439. doi: 10.1007/s10979-010-9247-z

Cutler, B. L., & Kovera, M. B. (2011). Expert psychological testimony. *Current Directions in Psychological Science, 20,* 53-57. doi: 10.1177/0963721410388802

> Reprinted in C. R. Bartol & A. M. Bartol (Eds.) (2016). *Current Perspectives in Forensic Psychology and Criminal Behavior.* New York: Sage.

**Cass, S. A., Levett, L. M.**, & Kovera, M. B. (2010). The effects of harassment severity and organizational behavior on damage awards. *Behavioral Sciences and the Law, 28,* 303-321. doi: 10.1002/bsl.886.

**Crocker, C. B.**, & Kovera, M. B. (2010). The effects of rehabilitative voir dire on juror bias and decision making. *Law and Human Behavior, 34,* 212-226. doi: 10.1007/s10979-009-9193-9

**Levett, L. M.**, & Kovera, M. B. (2009). Psychological mediators of the effects of opposing expert testimony on juror decisions. *Psychology, Public Policy, and Law, 15,* 124-148.

McAuliff, B. D., Kovera, M. B., & **Nunez, G.** (2009). Can jurors recognize missing control groups, confounds, and experimenter bias in psychological science? *Law and Human Behavior, 33,* 247-257.

**Greathouse, S. M.**, & Kovera, M. B. (2009). Instruction bias and lineup presentation moderate the effects of administrator knowledge on eyewitness identification. *Law and Human Behavior, 33,* 70-82.

**Levett**, L. M., & Kovera, M. B. (2008). The effectiveness of educating jurors about unreliable expert evidence using an opposing witness. *Law and Human Behavior, 32,* 363-374.

**McAuliff**, B. D., & Kovera, M. B. (2008). Juror Need for Cognition and sensitivity to methodological flaws in expert evidence. *Journal of Applied Social Psychology, 38,* 385-408.

Cutler, B. L., & Kovera, M. B. (2008). Introduction to commentaries on the Illinois field study of lineup reforms. *Law and Human Behavior, 32,* 1-2.

**McAuliff**, B. D., & Kovera, M. B. (2007). Estimating the effects of misleading information on witness accuracy: Can experts tell jurors something they don't already know? *Applied Cognitive Psychology, 21,* 849-870.

**Mitchell**, T., & Kovera, M. B. (2006). The Americans with Disabilities Act: What is a reasonable accommodation? *Law and Human Behavior, 30,* 733-748.

**Russano**, M. B., **Dickinson**, J. J., **Greathouse**, S. M., & Kovera, M. B. (2006). "Why don't you take another look at number three?" Investigator knowledge and its effects on eyewitness confidence and identification decisions. *Cardozo Public Law, Policy, and Ethics Journal, 4,* 355-379.

Doyle, J. M., Penrod, S., Kovera, M. B., & Dysart, J. (2006). The Street, The Lab, The Courtroom, The Meeting Room. *Public Interest Law Reporter, 11,* 13-46.

Kovera, M. B. (2004). Psychology, law, and the workplace: An overview and introduction to the special issue. *Law and Human Behavior, 28,* 1-7.

**Collett**, M. E., & Kovera, M. B. (2003). The effects of British and American trial procedures on the quality of juror decision making. *Law and Human Behavior, 27,* 403-422.

> Reprinted in Roesch, R., & Gagnon, N. (Eds.) (2007). *Psychology and law: Criminal and civil perspectives* (pp. 257-276). Hampshire, UK: Ashgate.

Kovera, M. B., & **Cass**, S. A. (2002). Compelled mental health examinations, liability decisions, and damage awards in sexual harassment cases: Issues for jury research. *Psychology, Public Policy, and Law, 8,* 96-114.

Kovera, M. B., **Russano**, M. B., & **McAuliff**, B. D. (2002). Assessment of the commonsense psychology underlying *Daubert*: Legal decision makers' abilities to evaluate expert evidence in hostile work environment cases. *Psychology, Public Policy, and Law, 8,* 180-200.

> Reprinted in Roesch, R., & Gagnon, N. (Eds.) (2007). *Psychology and law: Criminal and civil perspectives* (pp. 397-420). Hampshire, UK: Ashgate.

Kovera, M. B. (2002). The effects of general pretrial publicity on juror decisions: An examination of moderators and mediating mechanisms. *Law and Human Behavior, 26,* 43-72.

Kovera, M. B., & **McAuliff**. B. D. (2000). The effects of peer review and evidence quality on judge evaluations of psychological science: Are judges effective gatekeepers? *Journal of Applied Psychology, 85,* 574-586.

**Phillips**, M., **McAuliff**, B. D., Kovera, M. B., & Cutler, B. L. (1999). Double-blind photoarray administration as a safeguard against investigator bias. *Journal of Applied Psychology, 84,* 940-951.

Kovera, M. B., **McAuliff**, B. D., & **Hebert**, K. S. (1999). Reasoning about scientific evidence: Effects of juror gender and evidence quality on juror decisions in a hostile work environment case. *Journal of Applied Psychology, 84*, 362-375.

Kovera, M. B., & Borgida, E. (1997). Expert testimony in child sexual abuse trials: The admissibility of psychological science. *Applied Cognitive Psychology, 11,* S105-S129.

Kovera, M. B., Penrod, S. D., **Pappas, C.**, & **Thill, D. L.** (1997). Identification of computer-generated facial composites. *Journal of Applied Psychology, 82,* 235-246.

Kovera, M. B., Gresham, A. W., Borgida, E., Gray, E., & Regan, P. C. (1997). Does expert testimony inform or influence juror decision-making? A social cognitive analysis. *Journal of Applied Psychology, 82,* 178-191.

Gonzales, M. H., Kovera, M. B., Sullivan, J. L., & Chanley, V. (1995). Private reactions to public transgressions: Predictors of evaluative responses to allegations of political misconduct. *Personality and Social Psychology Bulletin, 21,* 136-148.

Kovera, M. B., Levy, R. J., Borgida, E., & Penrod, S. D. (1994). Expert witnesses in child sexual abuse cases: Effects of expert testimony and cross-examination. *Law and Human Behavior, 18,* 653-674.

Chanley, V., Sullivan, J. L., Gonzales, M. H., & Kovera, M. B. (1994). Lust and avarice in politics: Damage-control for four politicians accused of wrongdoing (or, politics as usual). *American Politics Quarterly, 22,* 297-333.

Kovera, M. B, Borgida, E., Gresham, A. W., Swim, J., & Gray, E. (1993). Do child sexual abuse experts hold pro-child beliefs? A survey of the International Society for Traumatic Stress Studies. *Journal of Traumatic Stress, 6,* 383-404.

Kovera, M. B., Park, R. C., & Penrod, S. (1992). Jurors' perceptions of eyewitness and hearsay evidence. *Minnesota Law Review, 76,* 703-722.

Borgida, E., Gresham, A. W., Swim, J., Bull (Kovera), M. A. & Gray, E. (1989). Expert testimony in child sexual abuse cases: An empirical investigation of partisan orientation. *Family Law Quarterly, 23,* 432-445.

Penrod, S., Bull (Kovera), M. A., & Lengnick, S. (1989). Children as observers and witnesses: The empirical data. *Family Law Quarterly, 23,* 411-431.

## Book Chapters (students in bold)

Kassin, S., & Kovera, M. B. (in press). Forensic personality and social psychology. In K. Deaux & M. Snyder (Eds.), *Oxford Handbook of Personality and Social Psychology* (2nd Edition). New York: Oxford University Press.

Kovera, M. B. (2017). Introduction: An overview. In M. B. Kovera (Ed.), *The psychology of juries* (pp. 3-8). Washington, DC: American Psychological Association.

Kovera, M. B. (2017). Conclusion: The future of jury research. In M. B. Kovera (Ed.), *The psychology of juries* (pp. 287-297). Washington, DC: American Psychological Association.

Kovera, M. B. (2017).  Applying social psychology to law.  In R. Baumeister and B. Bushman (Eds), *Social psychology and human nature* (4th edition).  Belmont, CA: Wadsworth.

Kovera, M. B., & **Austin, J. L.**  (2016). Juror bias: Moving from assessment and prediction to a new generation of jury selection research.  In C. Willis-Esqueda & B. H. Bornstein (Eds.), *The witness stand and Lawrence S. Wrightsman, Jr.* (pp. 75-94).  New York: Springer.

Kovera, M. B., & Levett, L. M.  (2015).  Jury decision making.  In B. L. Cutler & P. A. Zapf (Eds.), *APA Handbook of Forensic Psychology, Vol. 2: Criminal investigation, adjudication, and sentencing outcomes* (pp. 271-311).  Washington, DC: American Psychological Association.

Kovera, M. B. (2014).  Applying social psychology to law.  In R. Baumeister and B. Bushman (Eds), *Social psychology and human nature* (3rd edition, pp. D1-D20).  Belmont, CA: Wadsworth.

**Austin, J. L., Zimmerman, D. M., Rhead, L.,** & Kovera, M. B. (2013).  Double-blind lineup administration.  In B. L. Cutler (Ed.), *Reform of eyewitness identification procedures* (pp. 139-160).  Washington, DC:  The American Psychological Association.

Kovera, M. B. (2012). Voir dire and jury selection. In R.K. Otto (Ed.), *Comprehensive Handbook of Psychology, Volume 11:  Forensic Psychology* (2nd ed., pp. 630-647).  New York: John Wiley & Sons.

Cutler, B. L., & Kovera, M. B.  (2012).  Evaluation for eyewitness evidence.  In R. Roesch & P. A. Zapf (Eds.), *Forensic Assessments in Criminal and Civil Law: A Handbook for Lawyers* (pp. 118-132).  New York: Oxford University Press.

Kovera, M. B., & Cutler, B. L.  (2012).  Evaluation for jury selection.  In R. Roesch & P. A. Zapf (Eds.), *Forensic Assessments in Criminal and Civil Law: A Handbook for Lawyers* (pp. 88-102).  New York: Oxford University Press.

Kassin, S., & Kovera, M. B.  (2012).  Forensic personality and social psychology. In K. Deaux & M. Snyder (Eds.), *Oxford Handbook of Personality and Social Psychology* (pp. 753-780).  New York:  Oxford University Press.

**Zimmerman, D., Austin, J.,** & Kovera, M. B.  (2012).  Suggestive eyewitness identification procedures.  In B. L. Cutler (Ed.), *Conviction of the innocent: Lessons from psychological research* (pp. 125-148).  Washington, DC: American Psychological Association.

Penrod, S. D., Kovera, M. B., & Groscup, J. L. (2011).  Jury research methods.  In B. Rosenfeld and S. Penrod (Eds.), *Research methods in forensic psychology* (pp. 191-214).  New York: Wiley.

**Crocker,** C., & Kovera, M. B. (2011).  Systematic jury selection.  In  R. L. Wiener and B. H. Bornstein (Eds.), *Handbook of trial consulting* (pp. 13-31).  New York: Springer.

Kovera, M. B. (2011). Applying social psychology to law. In R. Baumeister and B. Bushman (Eds), *Social psychology and human nature* (2nd edition). Belmont, CA: Wadsworth.

**Austin, J.,** & Kovera, M. B. (2010). Expert testimony in child sexual abuse cases. In M. Paludi & F. Denmark (Eds.), *Victims of sexual assault and abuse: Resources and responses for individuals and families*, Vol. 2 (101-120). Westport, CT: Praeger.

Kovera, M. B. & Borgida, E. (2010). Social psychology and law. In S. T. Fiske, D. Gilbert, & G. Lindzey (Eds.), *Handbook of Social Psychology*, Fifth Edition (pp. 1343-1385). Oxford University Press.

Penrod, S. & Kovera, M. B. (2009). Recent developments in North American identification science and practice. In R. Bull, T. Valentine, & T. Williamson (Eds.), *Handbook of psychology of investigative interviewing: Current developments and future directions* (pp. 257-284). Chichester, UK: John Wiley & Sons.

**Greathouse**, S. M., **Levett**, L. M., & Kovera, M. B. (2009). Sexual harassment: Antecedents, consequences, and juror decisions. In D. Krauss & J. Lieberman (Eds.), *Psychological expertise in court* (Vol. 2, pp. 151-174). Surrey, England: Ashgate Publishing.

McAuliff, B. D., Kovera, M. B., & Gilstrap, L. L. (2009). An updated review of the effects of system and estimator variables on child witness accuracy in custody cases. In R. Galatzer-Levy, L. Kraus, & J. Galatzer-Levy (Eds.), *The scientific basis of child custody decisions* (2nd Ed., pp. 125-164). New York: John Wiley & Sons.

Kovera, M. B. (2008). Applying social psychology to law. In R. Baumeister and B. Bushman (Eds), *Social psychology and human nature* (pp. C1-C16). Belmont, CA: Wadsworth.

Kovera, M. B., & **Greathouse**, S. M. (2008). Pretrial publicity: Effects, remedies, and judicial knowledge. In E. Borgida and S. T. Fiske (Eds.), *Beyond Common Sense: Psychological Science in the Courtroom* (pp. 261-280). Oxford: Wiley-Blackwell.

Kovera, M. B. (2007). Implications of automatic and controlled processes in stereotyping for hate crime perpetration and litigation. In R. L. Wiener, B. Bornstein, R. Schopp, & S. Willborn (Eds.), *Social consciousness in legal decision making: Psychological perspectives* (pp. 227-246). New York: Springer.

**Levett**, L., **Danielsen**, E., & Kovera, M. B., Cutler, B. L. (2005). Juror decision making. In N. Brewer & K. Williams (Eds.), *Psychology and law: An empirical perspective* (pp. 365-406). New York: Guilford.

Kovera, M. B., **Dickinson**, J., & Cutler, B. L. (2003). Voir dire and jury selection. In A. M. Goldstein (Ed.), *Comprehensive Handbook of Psychology, Volume 11: Forensic Psychology* (pp. 161-175). New York: John Wiley & Sons.

Bottoms, B. L., Kovera, M. B., & **McAuliff**, B. D. (2002). Children, law, social science, and policy: An introduction to the issues. In B.L. Bottoms, M. B. Kovera, & B. D. McAuliff (Eds.), *Children, social science, and the law* (p. 1-12). New York: Cambridge University Press.

Greene, E., **Chopra**, S., Kovera, M. B., Penrod, S. D., **Rose**, V. G., Schuller, R., & Studebaker., C. (2002). Jurors and juries: A review of the field. In J. Ogloff (Ed.), *Taking psychology and law into the 21st century*. New York: Kluwer Academic/Plenum Publishers.

**McAuliff**, B. D., & Kovera, M. B. (2002). The status of evidentiary and procedural innovations in child abuse proceedings. In B.L. Bottoms, M. B. Kovera, & B. D. McAuliff (Eds.), *Children, social science, and the law* (p. 412-445). New York: Cambridge University Press.

Kovera, M. B., & **McAuliff**, B. D. (1999). Child witnesses in custody cases: The effects of system and estimator variables on the accuracy of their reports. In R. Galatzer-Levy & L. Kraus (Eds.), *The scientific basis of child custody decisions* (pp. 157-187). New York: John Wiley & Sons.

Kovera, M. B. & Borgida, E. (1998). Expert scientific testimony on child witnesses in the age of *Daubert*. In S. J. Ceci & H. Hembrooke (Eds.), *Expert witnesses in child abuse cases: What can and should be said in court* (p. 185-215). Washington, DC: American Psychological Association.

Kovera, M. B., & Borgida, E. (1996). Children on the witness stand: The use of expert testimony and other procedural innovations in U.S. child sexual abuse cases. In B. L. Bottoms & G. S. Goodman (Eds.), *International perspectives on child abuse and children's testimony: Psychological research and law* (p. 201-220). Newbury Park, CA: Sage.

Borgida, E., Gresham, A. W., Kovera, M. B., & Regan, P. C. (1992). Children as witnesses in court: The influence of expert psychological testimony. In A. W. Burgess (ed.), *Child trauma, Volume 1: Issues and research*, (p.131-165). New York: Garland Publishing, Inc.

## Other Publications (students in bold)

Kovera, M. B. (2016). Law and psychology. In H. L. Miller (Ed.), *The SAGE encyclopedia of theory in psychology*. Thousand Oaks, CA: Sage.

Kovera, M. B. & **Austin, J. L.** (2015). Expert testimony. In J. D. Wright (Ed.), *International encyclopedia of the social and behavioral sciences,* 2nd Edition (Vol. 8, pp. 582-587). Oxford: Elsevier. doi: 10.1016/B978-0-08-097086-8.86031-6

Kovera, M. B., & **Austin, J. L.** (2015). Eyewitness identifications and lineups. In R. L. Cautin & S. O. Lilienfeld (Eds.), *The encyclopedia of clinical psychology*. Hoboken, NJ: John Wiley & Sons. DOI: 10.1002/9781118625392.wbecp420

Kovera, M. B. (2010). Bias. In N. Salkind (Ed.), *Encyclopedia of research design* (pp. 83-84). Thousand Oaks, CA: Sage.

Kovera, M. B. (2010). Confounding. In N. Salkind (Ed.), *Encyclopedia of research design* (pp. 110-112). Thousand Oaks, CA: Sage.

**Crocker,** C. B. & Kovera, M. B. (2010). The American Psychology-Law Society. In I. B. Weiner & W. E. Craighead (Eds.), *The Corsini Encyclopedia of Psychology,* 4th edition (pp. 83-84). New York: Wiley.

**Barnard, D. D.,** & Kovera, M. B. (2008). Juries and joined trials. In B. L. Cutler (Ed.), *The encyclopedia of psychology and law* (pp. 392-395). Thousand Oaks, CA: Sage.

**Copple**, R., **Torkildson,** J., & Kovera, M. B. (2008). Expert psychological testimony: Admissibility standards. In B. L. Cutler (Ed.), *The encyclopedia of psychology and law* (pp. 271-275). Thousand Oaks, CA: Sage.

**Crocker**, C., **Sothmann**, F. C., & Kovera, M. B. (2008). Voir dire. In B. L. Cutler (Ed.), *The encyclopedia of psychology and law* (pp. 855-858). Thousand Oaks, CA: Sage.

**Greathouse**, S. M., **Busso**, J., & Kovera, M. B. (2008). Pretrial publicity, impact on juries. In B. L. Cutler (Ed.), *The encyclopedia of psychology and law* (pp. 615-618). Thousand Oaks, CA: Sage.

**Greathouse**, S. M., **Copple**, R., & Kovera, M. B. (2008). Double-blind lineup administration. In B. L. Cutler (Ed.), *The encyclopedia of psychology and law* (pp. 242-244). Thousand Oaks, CA: Sage.

**Sothmann**, F. C., **Crocker**, C., & Kovera, M. B. (2008). Jury selection. In B. L. Cutler (Ed.), *The encyclopedia of psychology and law* (pp. 420-423). Thousand Oaks, CA: Sage.

Kovera, M. B. (2005, April 20). Can the truth be captured? [Review of the film *Capturing the Friedmans*]. *PsycCRITIQUES -- Contemporary Psychology: APA Review of Books, 50* (No. 16), Article 20. Retrieved April 20, 2005, from the *PsycCRITIQUES* database.

**Danielsen**, E. M., **Levett**, E. M., & Kovera, M. B. (2004, May). Supreme Court to review juvenile execution. *APA Monitor, 35*(5), 86.

**Greathouse**, S. M., & Kovera, M. B. (2003, December). Supreme Court to consider prosecutorial misconduct and ineffective counsel issues in death penalty case. *APA Monitor, 34*(11), 66.

Kovera, M. B. (2002). Psychology and law. In K. L. Hall (Ed.), *The Oxford companion to American law* (pp. 677-678). New York: Oxford University Press.

Kovera, M. B. (2002). Expert testimony. In N. J. Smelser & P. B. Baltes (Eds.), *International Encyclopedia of the Social and Behavioral Sciences,* Vol. 8 (pp. 5139-5141). Oxford: Pergamon.

**Levett**, L. M., & Kovera, M. B. (2002, December). Psychologists battle over the general acceptance of eyewitness research. *APA Monitor, 33*(12), 23.

**Haw**, R. M., & Kovera, M. B. (2002, May). Court considers conditions required for voluntary consent to police search. *APA Monitor, 33*(5).

**Cass**, S. A., & Kovera, M. B. (2001, April). Research on the effects of child pornography is needed. *APA Monitor, 32*(4), 21.

**Phillips**, M. R., & Kovera, M. B. (2000, November). Implications of the *Boy Scouts of America* case. *APA Monitor, 31*(10), 77.

**Russano**, M. & Kovera, M. B. (2000, March). Supreme Court revisits *Miranda* warnings. *APA Monitor, 31*(3), 77.

**McAuliff**, B. D., & Kovera, M. B. (1999, May). Murder case may alter hearsay rules. *APA Monitor, 30*(5), 44.

**McAuliff**, B. D., & Kovera, M. B. (1998, November). Reviewing nonscientific expert evidence. *APA Monitor, 29*(10), 43.

**Phillips**, M. R., & Kovera, M. B. (1997, November). Instructions on death. *APA Monitor, 28*(10), 43.

**McAuliff**, B. D., & Kovera, M. B. (1997, May). Child-abuse test ruled inadmissible. *APA Monitor, 28*(5), 25.

Kovera, M. B., & **McAuliff**, B. D. (1996, November). Same-sex cases pose legal problems. *APA Monitor, 27*(10), 24.

Kovera, M. B., Borgida, E., Gresham, A. W., Swim, J. K., & Gray, E. (1995). Child Sexual Abuse Questionnaire. [On-line]. [CD-ROM]. Abstract from: CDP file: HaPI-CD: HaPI Item 38018.

## Manuscripts under Review or Contract

**Chorn, J. A.**, & Kovera, M. B. (revise and resubmit). *Daubert's* cross-examination safeguard on judges', attorneys', and jurors' judgments about scientific evidence.

**Modjadidi, K.**, & Kovera, M. B. (revise and resubmit). Viewing videotaped identification procedure increases jurors' sensitivity to administrator bias.

**Vitriol, J. A.**, & Kovera, M. B. (revise and resubmit).  Death qualification may not increase convictions despite increasing pretrial presumption of guilt.


## Invited Presentations at Professional Meetings

Kovera, M. B., & Evelo, A. J. (2016, May).  Double-blind lineup administration: The role of social interaction in eyewitness identification.  Paper presented at *Applied Cognition and the Cognitive Interview: A conference in honor of Ronald P. Fisher*, North Miami, FL.

Kovera, M. B. (2015, May).  Experimentation in jury reserch.  In A. C. Offit (Chair), *Lay participation research methods*.  Paper presented at the meetings of the Law and Society Association, Seattle, WA.

Kovera, M. B. (2015, April). A dual-process model of persuasion framework for thinking about expert witness effectiveness. In D. J. Aron (Chair), *The science of persuasion: Practical insights from research on expert witness effectiveness and jury decision making*.  Paper presented at the American Bar Association Section on Litigation Annual Conference, New Orleans, LA.

Kovera, M. B. (2014, September).  Evaluating the validity and importance of research on lay participation.  Invited keynote address presented at the Third International Conference on Empirical Studies of Judicial Systems: Citizen Participation around the World, Taipei, Taiwan.

Kovera, M. B.  (2013, June).  *Communicating the science: Expert testimony*. Invited address presented at the SPSSI Policy Workshop, Washington, DC.

Kovera, M. B. (2013, May). *Psychological science: Helping law enforcement improve eyewitness reliability*.  Invited presentation at the 19th annual Coalition for National Science Funding exhibit on Capitol Hill, Washington, DC.

Kovera, M. B. (2012, August).  *Legal decision making about scientific evidence: Testing behavioral assumptions in the law*.  Invited address presented at the 120th Annual Convention of the American Psychological Association, Orlando, FL.

Kovera, M. B. (2011, October).  *Double-blind lineup administration: Research and policy*. Keynote address presented at the 1st China International Conference on Psychology and Law, Beijing China.

Kovera, M. B. (2011, September).  *Legal decision making about scientific evidence*.  Keynote address presented at the 8th meeting of the Nordic Network for Research on Psychology and Law, Oslo, Norway.

Kovera, M. B. (2010, March). *Biased hypothesis testing and behavioral confirmation in jury selection procedures.*   Paper presented at the meeting of the Eastern Psychological Association, Brooklyn, NY.

Kovera, M. B. (2009, April).  *The psychology of voir dire: The effects of jury selection on jurors' decisions*.  Keynote address presented at the Behavioral Sciences of the North Conference, University of Alaska at Anchorage.

Kovera, M. B. (2008, October).  Identifying juror bias: Moving from assessment and prediction to a new generation of jury selection research.  Paper presented at *Perspectives on Psychology and the Law: Celebrating the Contributions of Lawrence S. Wrightsman, Jr.* University of Kansas, Lawrence, KS.

Kovera, M. B. (2008, August). Choosing what is right versus what is easy: A reflection on methodology in jury simulations and *Law and Human Behavior.*  Presidential address presented at the 116th Annual Convention of the American Psychological Association, Boston, MA.

Kovera, M. B., & Kucharski, L. T. (2006, July).  The expert, the lawyer, and the jury.  Paper presented at the *Short Course for Prosecuting Attorneys and Defense Lawyers in Criminal Cases*.  Northwestern University Law School, Chicago, IL.

Kovera, M. B. (2004, September).  Composites. Paper presented at the conference *Reforming eyewitness identification: Convicting the guilty, protecting the innocent.*  Cardozo Law School, New York, NY.

Kovera, M. B., & Greathouse, S. M. (2004, September).  The effects of lineup administrator knowledge on eyewitness identification accuracy.  Paper presented at the conference *Reforming eyewitness identification: Convicting the guilty, protecting the innocent.*  Cardozo Law School, New York, NY.

Kovera, M. B. (2000, August).  *Legal decision-makers' evaluations of valid and flawed psychological science.*  Saleem Shah Award address presented at the 108th Annual Convention of the American Psychological Association, Washington, DC.

Kovera, M. B. (2000, August).  *Law, psychology, and gender in the workplace: Compelled mental health evaluations.*  Roundtable discussion held at the 108th Annual Convention of the American Psychological Association, Washington, DC.

Kovera, M. B. (1997, November).  *Jury persuasion strategies for expert witnesses.*  Invited address at the 14th annual meeting of the National Forensic Center, Tampa, FL.

Kovera, M. B. (1996, April).  Invited participant in *Families and law:  Changing values, rights and obligations.*  Conference sponsored by the American Bar Association Commission on College and University Legal Studies, Denver, CO.

Kovera, M. B. (1996, March). *The media and allegations of sexual misconduct: The effects of agenda setting on credibility appraisals.* Paper presented at the biennial meeting of the American Psychology-Law Society, Hilton Head, SC.

Kovera, M. B. (1993, October). *Moderators of media influence on juror-decision-making.* Paper presented at the meetings of the Portland Cognitive Science Consortium, Portland, Oregon.

## Conference Presentations

Evelo, A. J., & Kovera, M. B. (2017, March). *Turning filler identifications into suspect identifications: Filler-to-suspect shifts in single-blind lineups.* Paper presented at the meeting of the American Psychology-Law Society, Seattle, WA.

Close, M. J., & Kovera, M. B. (2017, March). *The impact of anti-bias jury instructions on category- and feature-based racial bias.* Paper presented at the meeting of the American Psychology-Law Society, Seattle, WA.

Bergold, A. N., & Kovera, M. B. (2017, March). *Wealth/power diversity: The impact on the quality of jury deliberations.* Paper presented at the meeting of the American Psychology-Law Society, Seattle, WA.

Evelo, A. J., & Kovera, M. B. (2017, January). *Attributional errors in the perception of juvenile offenders.* Paper presented at the meeting of the Society for Personality and Social Psychology, San Antonio, TX.

Bergold, A. N., & Kovera, M. B. (2016, March). *Diversity's impact on the quality of jury deliberations.* Paper presented at the meeting of the American Psychology-Law Society, Atlanta, GA.

Despodova, N., & Kovera, M. B. (2016, March). *Jurors' ability to detect deception through cross-examination and judicial instructions.* Paper presented at the meeting of the American Psychology-Law Society, Atlanta, GA.

Evelo, A. J., & Kovera, M. B. (2016, March). *No evidence of publication bias: A p-curve analysis of sequential and simultaneous line-ups.* Paper presented at the meeting of the American Psychology-Law Society, Atlanta, GA.

Austin, J. L., & Kovera, M. B. (2015, August). *Cross-examination educates jurors about missing control groups in scientific evidence.* Paper presented at the meeting of the European Association of Psychology and Law, Nuremberg, Germany.

Evelo, A. J., & Kovera, M. B. (2015, May). *Investigating publication bias in the sequential lineup advantage: A p-curve analysis.* Paper presented at the meeting of the Association for Psychological Science, New York, NY.

Austin, J. L., & Kovera, M. B. (2015, March). *Evaluating judges' abilities to evaluate scientific reliability and validity*. Paper presented at the meeting of the American Psychology-Law Society, San Diego, CA.

Despodova, N., Perillo, J. T., Clatch, L., Teitcher, J. & Kovera, M. B. (2015, March). *Effects of adversarial allegiance influence on the quality of reasoning displayed in expert evaluations*. Paper presented at the meeting of the American Psychology-Law Society, San Diego, CA.

Evelo, A. J., & Kovera, M. B. (2015, March). *Exploring the effects of lineup administrators' knowledge using the WITNESS model*. Paper presented at the meeting of the American Psychology-Law Society, San Diego, CA.

Modjadidi, K., & Kovera, M. B. (2015, March). *Jurors' sensitivity to bias in single blind lineups*. Paper presented at the meeting of the American Psychology-Law Society, San Diego, CA.

Perillo, J. T., & Kovera, M. B. (2015, March). *Attorney preferences for experts under adversarial and concurrent expert testimony conditions*. Paper presented at the meeting of the American Psychology-Law Society, San Diego, CA.

Zimmerman, D. M., Wilson, C., Lepper, H., Clodfelter, B., & Kovera, M. B. (2015, March). *The effects of venireperson motivation, judicial instruction, and PTP exposure on attorneys' and judges' reports of venireperson biases*. Paper presented at the meeting of the American Psychology-Law Society, San Diego, CA.

Evelo, A. J., Kovera, M. B., & Greathouse, S. M. (2014, August). *Signal detection and ROC curve analysis of administrator knowledge effects on eyewitness identifications*. Paper presented at the meeting of the American Psychological Association, Washington, DC.

Yarbrough, A. M., Perillo, J. T., & Kovera, M. B. (2014, June). *The impact of concurrent vs. adversarial expert testimony on jurors' decisions*. Paper presented at the meeting of the European Association of Psychology and Law, St. Petersburg, Russia.

Nicholson, A. S., & Kovera, M. B. (2014, June). When guilt is in the eye of the beholder: The role of stereotypically African features in witness identification decisions. In Y. Granot (Chair), *In the eyes of the law: Visual processes in legal decision-making*. Symposium presented at the meeting of the International Society of Justice Research, New York, NY.

Austin, J. L., & Kovera, M. B. (2014, March). *Evaluating the influence of Daubert's cross-examination safeguard on attorneys' and jurors' judgments about scientific evidence*. Paper presented at the meeting of the American Psychology-Law Society, New Orleans, LA.

Perillo, J. T., Perillo, A., & Kovera, M. B. (2014, March). *Remedying adversarial allegiance? An investigation of the impact of concurrent testimony from referral through testimony*. In Tess M. S. Neal (Chair), *Expert witness bias*. Symposium presented at the meeting of the American Psychology-Law Society, Portland, OR.

Rhead, L. M., Austin, J. L., Zimmerman, D. M., Clark. S., Powell, A., & Kovera, M. B. (2014, March). *Administrator knowledge influences pressure applied to witnesses to identify the suspect in a lineup*. Paper presented at the meeting of the American Psychology-Law Society, New Orleans, LA.

Zimmerman, D. M., Modjadidi, K., Almeida, K., & Kovera, M. B. (2014, March). *The effects of PTP exposure on implicit associations and guilt judgments*. Paper presented at the meeting of the American Psychology-Law Society, New Orleans, LA.

Austin, J. L., Zimmerman, D. M., Rhead, L.M., Despodova, N., DeLuca, J., & Kovera, M. B. (2013, March). *Administrator behavior during single-blind and double-blind photoarray administration*. Paper presented at the meeting of the American Psychology-Law Society, Portland, OR.

Kovera, M. B. (2013, March). *The future of jury research*. Symposium chaired at the meeting of the American Psychology-Law Society, Portland, OR.

McAuliff, B. D., Gonzalez, J., Arter, J. L., & Kovera, M. B. (2013, March). "I object!": Attorneys' ability to detect scientifically invalid testimony. Paper presented at the meeting of the American Psychology-Law Society, Portland, OR.

Perillo, J. T., Perillo, A. D., Yarbrough, A. M., Connors, A., & Kovera, M. B. (2013, March). Remedying adversarial allegiance? An investigation of the concurrent presentation of expert testimony In Tess M. S. Neal (Chair), *When and how are experts biased? Understanding adversarial allegiance in forensic assessment*. Symposium presented at the meeting of the American Psychology-Law Society, Portland, OR.

Rhead, L.M., Austin, J. L., Zimmerman, D. M., & Kovera, M. B. (2013, March). *Perpetrator exposure length, witness motivation and suspect/perpetrator similarity moderate the effects of administrator knowledge on eyewitness identification accuracy*. Paper presented at the meeting of the American Psychology-Law Society, Portland, OR.

Yarbrough, A., & Kovera, M. B. (2013, March). *Do demonstratives improve the procedural safeguard of opposing expert testimony?* Paper presented at the meeting of the American Psychology-Law Society, Portland, OR.

Zimmerman, D. M., Austin, J. L. Rhead, L.M., Almonte, R., Toro, L., & Kovera, M. B. (2013, March). *Witness memory strength moderates the behavior of single-blind lineup administrators*. Paper presented at the meeting of the American Psychology-Law Society, Portland, OR.

Austin, J. L., Zimmerman, D. M., Rhead, LM., Almeida, K., & Kovera, M. B. (2012, March). *Suspect similarity to perpetrator moderates the effect of administrator knowledge on eyewitness identification accuracy*. Paper presented at the meeting of the American Psychology-Law Society, San Juan, Puerto Rico.

Berman, M. K., Austin, J. L., Levett, L. M., & Kovera, M. B. (2012, March). *Do court-appointed experts or educational instructions safeguard against junk science?* Paper presented at the meeting of the American Psychology-Law Society, San Juan, Puerto Rico.

Perillo, J., & Kovera, M. B. (2012, March). *Expert testimony and juror decisions: The impact of expert trustworthiness.* Paper presented at the meeting of the American Psychology-Law Society, San Juan, Puerto Rico.

Yip, J., & Kovera, M. B. (2012, March). *The influence of defendants' relationship to the victim and psychological diagnosis in an infanticide case.* Paper presented at the meeting of the American Psychology-Law Society, San Juan, Puerto Rico.

Zimmerman, D. M., Austin, J. L., Rhead, L., Almeida, K., & Kovera, M. B. (2012, March). *Retention interval and suspect/perpetrator similarity moderate the effects of administrator knowledge on eyewitness identification accuracy.* Paper presented at the meeting of the American Psychology-Law Society, San Juan, Puerto Rico.

Rhead, L., Rodriguez, D., Korobeynikov, V., Yip, J. & Kovera, M. B. (2011, June). *The effects of administrator influence and mortality salience on witness identification accuracy.* Paper presented at the meeting of the Society of Applied Research on Memory and Cognition, New York, NY.

Austin, J. L., Zimmerman, D. M., Gundrum, L., & Kovera, M. B. (2011, March). *Moderators of administrator steering effects on eyewitness identification accuracy.* Paper presented at the meeting of the American Psychology-Law Society/4[th] International Congress of Psychology and Law, Miami, FL.

Crocker, C. B., & Kovera, M. B. (2011, March). *The efficacy of juror rehabilitation for reducing attitudinal bias against the insanity defense.* Paper presented at the meeting of the American Psychology-Law Society/4[th] International Congress of Psychology and Law, Miami, FL.

Crocker, C. B., & Kovera, M. B. (2011, March). *The psychological mechanisms underlying the effect of juror rehabilitation for pretrial publicity bias on judgments.* Paper presented at the meeting of the American Psychology-Law Society/4[th] International Congress of Psychology and Law, Miami, FL.

Kennard, J. B., & Kovera, M. B. (2011, March). *Psychological mechanisms underlying racially-biased peremptory challenges.* Paper presented at the meeting of the American Psychology-Law Society/4[th] International Congress of Psychology and Law, Miami, FL.

Zimmerman, D. M., Yip, J., Przegienda, K., Baerga, C., & Kovera, M. B. (2011, March). *Behavioral confirmation during voir dire: Does questioning style differentially affect cognitive dissonance and verdicts?* Paper presented at the meeting of the American Psychology-Law Society/4[th] International Congress of Psychology and Law, Miami, FL.

Appleby, S. C., & Kovera, M. B.  (2010, August).  *Generic prejudice in jury trials*. Paper presented at the meeting of the American Psychological Association, San Diego, CA.

Levett, L. M., Crocker, C. B., & Kovera, M. B.  (2010, August). Attitudes toward juvenile waiver and juror decisions in waiver cases. Paper presented at the meeting of the American Psychological Association, San Diego, CA.

Perillo, J. T., & Kovera, M. B.  (2010, August).  *Expert witness trustworthiness and juror decisions*.  Paper presented at the meeting of the American Psychological Association, San Diego, CA.

Austin, J. L., & Kovera, M. B.  (2010, March). *The effects of inquisitorial versus adversarial cross-examination on juror evaluations of expert evidence validity*. Paper presented at the meeting of the American Psychology-Law Society, Vancouver, BC, Canada.

Crocker, C. B., Kennard, J. B., Austin, J. L., Zimmerman, D. M., & Kovera, M. B.  (2010, March). *The effects of biased voir dire questions on juror decision-making*. Paper presented at the meeting of the American Psychology-Law Society, Vancouver, BC, Canada.

Greathouse, S. M., & Kovera, M. B.  (2010, March). *Can cross-examination assist jurors in detecting deception*?  Paper presented at the meeting of the American Psychology-Law Society, Vancouver, BC, Canada.

Greathouse, S. M., & Kovera, M. B.  (2010, March). *The effectiveness of cross-examination in inducing behavioral differences in deceptive and truthful witnesses*.  Paper presented at the meeting of the American Psychology-Law Society, Vancouver, BC, Canada.

Kennard, J. B., Crocker, C. B., Austin, J. L., Zimmerman, D. M., & Kovera, M. B.  (2010, March). *Behavioral confirmation in voir dire: Effects on jury selection and verdict choices*. Paper presented at the meeting of the American Psychology-Law Society, Vancouver, BC, Canada.

Vitriol, J., & Kovera, M. B.  (2010, March). *Death qualification and jurors' evidentiary requirements for conviction*. Paper presented at the meeting of the American Psychology-Law Society, Vancouver, BC, Canada.

Kovera, M. B. (2009, October). Biased hypothesis testing and behavioral confirmation in jury selection procedures.  In N. Kerr (Chair), *Current research at the social psychology/law interface*. Symposium presented at the meeting of the Society for Experimental Social Psychology, Portland, ME.

Vitriol, J. A., & Kovera, M. B. (2009, May).  Capital voir dire: Pre and post-trial effects of death qualification. Paper presented at the meeting of the Association for Psychological Science, San Francisco, CA.

Austin, J., & Kovera, M. B. (2009, March). *The effects of judge versus attorney cross-examination of experts on juror evaluations of evidence quality.* Paper presented at the meeting of the American Psychology-Law Society, San Antonio, TX.
*winner of the APLS Student Section Poster Award

Crocker, C. B., Kennard, J. B., Greathouse, S. M., & Kovera, M. B. (2009, March). *An investigation of attorneys' questioning strategies during voir dire.* Paper presented at the meeting of the American Psychology-Law Society, San Antonio, TX.

Forbes, A., Kovera, M. B., & Glasford, D. (2009, March). *Racial disparities in punishment and guilt judgments for defendants accused of terrorism.* Paper presented at the meeting of the American Psychology-Law Society, San Antonio, TX.

Greathouse, S. M., Crocker, C. B., & Kovera, M. B. (2009, March). *Effects of harassment severity and reporting behavior on juror decision making in sexual harassment cases.* Paper presented at the meeting of the American Psychology-Law Society, San Antonio, TX.

Kennard, J, B., Zimmerman, D. M., & Kovera, M. B. (2009, March). *The general acceptance of pretrial publicity phenomena.* Paper presented at the meeting of the American Psychology-Law Society, San Antonio, TX.

Kovera, M. B., & Greathouse, S. M. (2008, October). Social influence in lineup procedures: The role of lineup administrator knowledge in mistaken eyewitness identifications. In M. R. Leippe and M. B. Kovera (Co-chairs), *Social psychology of the eyewitness: Social influences and meta-cognitive processes in choosing from a lineup and being confident about it.* Symposium presented at the meeting of the Society for Experimental Social Psychology, Sacramento, CA.

Busso, J. B., & Kovera, M. B. (2008, August). Effect of defendant race and age on verdict choice. Paper presented at the 116th Annual Convention of the American Psychological Association, Boston, MA.

Crocker, C. B., & Kovera, M. B. (2008, August). *The effects of watching juror rehabilitation on juror judgments.* Paper presented at the 116th Annual Convention of the American Psychological Association, Boston, MA.

Greathouse, S. M., Levett, L. M., & Kovera, M. B. (2008, August). *The effects of voir dire on juror decisions in juvenile waiver cases.* Paper presented at the 116th Annual Convention of the American Psychological Association, Boston, MA.

Busso, J. B., Greathouse, S. M., Crocker, C. B., Austin, J., Vitriol, J., Torkildson, J., & Kovera, M. B. (2008, March). *Do attorneys' expectations influence juror behavior in voir dire?* Paper presented at the meetings of the American Psychology-Law Society, Jacksonville, FL.

Crocker, C. B., Busso, J. B., Greathouse, S. M., & Kovera, M. B. (2008, March). *Hypothesis testing in voir dire: Information gathering and inference.* Paper presented at the meetings of the American Psychology-Law Society, Jacksonville, FL.

Crocker, C. B., & Kovera, M. B. (2008, March). *An empirical investigation of the legal assumptions underlying juror rehabilitation during voir dire.* Paper presented at the meetings of the American Psychology-Law Society, Jacksonville, FL.

Greathouse, S. M., Crocker, C. B., Busso, J., Austin, J., Vitriol, J., Torkildson, J., & Kovera, M. B. (2008, March). *Do attorney expectations influence the voir dire process?* Paper presented at the meetings of the American Psychology-Law Society, Jacksonville, FL.

Sothmann, F. C., & Kovera, M. B. (2008, March). *Do jurors follow the law when evaluating accomplice testimony?* Paper presented at the meetings of the American Psychology-Law Society, Jacksonville, FL.

DeAngelis, R., Kovera, M. B., Busso, J., & Sothmann, F. C. (2007, August). *Narrative construction of hate crime prototypes.* Paper presented at the 115th Annual Convention of the American Psychological Association, San Francisco, CA.

Levett, L. M., Greathouse, S. M., Sothmann, F. C., Copple, R., & Kovera, M. B. (2007, August). *When juveniles are tried as adults: Does the juvenile qualification process result in a biased jury?* Paper presented at the 115th Annual Convention of the American Psychological Association, San Francisco, CA.

Levett, L. M., & Kovera, M. B. (2006, November). *Improving the opposing expert safeguard against junk science: Does a non-adversarial expert work?* Paper presented at the meetings of the American Society of Criminology, Los Angeles, CA.

Kovera, M. B. & Greathouse, S. M. (2006, July). Why don't you take another look at number three? Moderators and mediators of the investigator bias effect on eyewitness accuracy. In L. Stromwell (Chair), *Recent developments in eyewitness research.* Symposium presented at the 26th International Congress of Applied Psychology, Athens, Greece.

Greathouse, S. M., & Kovera, M. B. (2006, May). Effects of single-blind lineup administration on administrator behavior and perceived lineup fairness. In A. Crossman (Chair), *Making an eyewitness identification: How and when and why do we choose?* Symposium presented at the meetings of the Association for Psychological Science, New York, NY.

Crocker, C. B., Levett, L. M., & Kovera, M. B. (2006, March). *The predictive validity of the Juvenile Waiver Scale and its generalizability across participant groups.* Paper presented at the meetings of the American Psychology-Law Society, St. Petersburg, FL.

Greathouse, S. M., Levett, L. M., & Kovera, M. B. (2006, March). *The effects of voir dire on juror decisions in juvenile waiver cases.* Paper presented at the meetings of the American Psychology-Law Society, St. Petersburg, FL.

Levett, L. M., Greathouse, S. M., Sothmann, F. C., Copple, R., & Kovera, M. B. (2006, March). When juveniles are tried as adults: Does the juvenile qualification process result in a biased jury? In E. Brank & L. M. Levett (Co-chairs), *Players in the juvenile justice puzzle: From public sentiment to putting it into practice.* Symposium presented at the meetings of the American Psychology-Law Society, St. Petersburg, FL.

Levett, L. M., & Kovera, M. B. (2006, March). Psychological mediators in the relationship between opposing expert testimony and juror decisions. In L. M. Levett (Chair), *Juror decision making about expert evidence.* Symposium presented at the meetings of the American Psychology-Law Society, St. Petersburg, FL.

Sothmann, F. C., & Kovera, M. B. (2006, March). Does accomplice testimony make a difference? An evaluation of accomplice testimony in court. Paper presented at the meetings of the American Psychology-Law Society, St. Petersburg, FL.

Sothmann, F. C., Rosenthal, M., Greathouse, S. M., Levett, L. M., & Kovera, M. B. (2006, March). Effects of voir dire questions on a juvenile waiver case. Paper presented at the meetings of the American Psychology-Law Society, St. Petersburg, FL.

Levett, L. M., Greathouse, S. M., & Kovera, M. B. (2005, November). Racial differences in attitude toward juvenile waiver to adult court: A meta-analysis. Paper presented at the meetings of the American Society of Criminology, Toronto, Ontario.

Greathouse, S. M., & Kovera, M. B. (2005, July). The effects of litigation strategies on decision-making in sexual harassment cases: Theory and practice. Paper presented at the 29th International Congress on Law and Mental Health, Paris, France.

Levett, L. M., & Kovera, M. B. (2005, July). Juror reasoning about expert psychological testimony. Paper presented at the 29th International Congress on Law and Mental Health, Paris, France.

Danielsen, E., & Kovera, M. B. (2005, June). The role of repeated attitudinal expressions in predicting juror behavior. Paper presented at the meetings of the American Society of Trial Consultants, Philadelphia, PA.

Danielsen, E., & Kovera, M. B. (2005, March). The role of repeated attitudinal expressions in predicting juror behavior. Paper presented at the meetings of the American Psychology-Law Society, La Jolla, CA.

Greathouse, S. M., & Kovera, M. B. (2005, March). Blind administration of lineups: Effects on identification accuracy. In G. L. Wells (Chair), *Advances in eyewitness system-variable research.* Symposium presented at the meetings of the American Psychology-Law Society, La Jolla, CA.

Greathouse, S. M., & Kovera, M. B. (2005, March).  *Does self-referencing mediate the effects of expert testimony on judgments in a sexual harassment case*? Paper presented at the meetings of the American Psychology-Law Society, La Jolla, CA.

Levett, L. M., & Kovera, M. B.  (2005, March).  *Do attitudes toward juvenile waiver affect juror decisions? An evaluation of the Juvenile Waiver Scale*.  Paper presented at the meetings of the American Psychology-Law Society, La Jolla, CA.

Levett, L. M., & Kovera, M. B., Goodman-Delahunty, J.  (2005, March).  *Juror common understanding of workplace harm*.  Paper presented at the meetings of the American Psychology-Law Society, La Jolla, CA.

Samis, A., Vargas, J., Gonzalez, K., McAuliff, B. D., & Kovera, M. B.  (2005, March).  Can jurors recognize missing control groups, confounds, and experimenter bias in expert evidence?  Poster presented at the meetings of the American Psychology-Law Society, La Jolla, CA.

Greathouse, S. M., & Kovera, M. B.  (2004, July).  Effects of litigation strategies on decision making in sexual harassment cases.  In L. M. Levett, S. M., Greathouse, & M. B. Kovera (Co-Chairs), *Consequences of sexual harassment: Legal and cultural considerations*. Symposium presented at the 112th Annual Convention of the American Psychological Association, Honolulu, HI.

Levett, L. M., Kovera, M. B., & Goodman-Delahunty, J. (2004, July).  Clinical psychologists' beliefs about the sequelae of sexual harassment.  In L. M. Levett, S. M., Greathouse, & M. B. Kovera (Co-Chairs), *Consequences of sexual harassment: Legal and cultural considerations*. Symposium presented at the 112th Annual Convention of the American Psychological Association, Honolulu, HI.

McAuliff, B. D., & Kovera, M. B.  (2004, July).  Juror Need for Cognition and sensitivity to internal validity threats.  Paper presented at the 112th Annual Convention of the American Psychological Association, Honolulu, HI.

Danielsen, E., Levett, L. M., & Kovera, M. B.  (2004, March).  *When juveniles are tried as adults: What happens during voir dire*?  Paper presented at the meetings of the American Psychology-Law Society, Scottsdale, AZ.

Greathouse, S. M., & Kovera, M. B.  (2004, March).  *The effects of lineup administrator knowledge on eyewitness identifications*.  Paper presented at the meetings of the American Psychology-Law Society, Scottsdale, AZ.

Levett, L. M., Danielsen, E., & Kovera, M. B.  (2004, March).  *Assessing the convergent and discriminant validity of the juvenile waiver scale*.  Paper presented at the meetings of the American Psychology-Law Society, Scottsdale, AZ.

Levett, L. M., Danielsen, E., & Kovera, M. B. (2004, March). The predictive validity of the juvenile waiver scale. In M. B. Kovera & L. M. Levett (Co-chairs), *New directions in jury selection and trial consulting research*. Symposium presented at the meetings of the American Psychology-Law Society, Scottsdale, AZ.

Steighner, N., & Kovera, M. B. (2004, March). Biased hypothesis testing during traditional attorney voir dire. In M. B. Kovera & L. M. Levett (Co-chairs), *New directions in jury selection and trial consulting research*. Symposium presented at the meetings of the American Psychology-Law Society, Scottsdale, AZ.

Narchet, F. M., & Kovera, M. B. (2003, August). *Hostile and benevolent prejudice: A new perspective on racism*. Poster presented at the 111th Annual Convention of the American Psychological Association, Toronto, Canada.

Kovera, M. B. (2003, July). Considering the relationships among ecological, external, and internal validity. In S. Penrod (Chair), *Applications of jury research: A debate on the selection of research questions and methods*. Symposium presented at the Psychology and Law International, Interdisciplinary Conference, Edinburgh, Scotland.

Levett, L. M., Danielsen, E., & Kovera, M. B. (2003, July). *Racial differences in attitudes toward juvenile waiver to adult court.* Paper presented at the Psychology and Law International, Interdisciplinary Conference, Edinburgh, Scotland.

Levett, L. M., & Kovera, M. B. (2003, July). Can opposing experts educate jurors about unreliable expert evidence on child eyewitness memory? In B. L. Cutler & L. Van Wallandael (Chairs), *Expert psychological testimony on eyewitness memory*. Symposium presented at the Psychology and Law International, Interdisciplinary Conference, Edinburgh, Scotland.

Levett, L. M, Kovera, M. B., & Goodman-Delahunty, J. (2003, July). U.S. jurors' beliefs about the psychological sequelae of sexual harassment. In R. L. Wiener (Chair), *Advances in empirical research on gender and the law: People's errors and misconceptions*. Symposium presented at the Psychology and Law International, Interdisciplinary Conference, Edinburgh, Scotland.

Goodman-Delahunty, J., & Kovera, M. B. (2002, September). Psychological injury and workplace sexual harassment: Blaming the victim. In D. Bright (Chair), *Persuasion and emotion in legal contexts*. Symposium presented at the 37th Annual Convention of the Australian Psychological Society, Gold Coast, Queensland.

Kovera, M. B. (2002, August). New directions for jury deliberation research. In A. Claussen-Schultz (Chair), *Current research on the jury deliberation process*. Symposium presented at the 110th Annual Convention of the American Psychological Association, Chicago.

Carpenter, T. & Kovera, M. B. (2002, March). *The effects of defendant accounts on damage award decisions*. Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, Texas.

Cass, S. A., & Kovera, M. B. (2002, March). *The influence of harassment severity, frequency, and company response on juror decisions*. Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, Texas.

Collett, M. E., & Kovera, M. B. (2002, March). *The differential effects of American versus British trial procedures on juror decision-making*. Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, Texas.

Devenport, J. L., Stinson, V., & Kovera, M. B. (2002, March). *Should we call in an expert? Using meta-analysis to examine the impact of expert testimony on juror verdicts*. Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, Texas.

Mitchell, T., & Kovera, M. B. (2002, March). *The effects of attribution of responsibility and work history on perceptions of reasonable accommodations*. Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, Texas.

Russano, M. B., Dickinson, J. J., Cass, S. A., Kovera, M. B., & Cutler, B. L. (2002, March). *Testing the effects of lineup administrator knowledge in simultaneous and sequential lineups*. Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, Texas.

Kovera, M. B. (2001, August). *Recent research and the NIJ guidelines for eyewitness evidence*. Paper presented at the 109th Annual Convention of the American Psychological Association, San Francisco.

Russano, M. B., & Kovera, M. B. (2001, August). *Psychologists' evaluations of valid and flawed psychological science*. Paper presented at the 109th Annual Convention of the American Psychological Association, San Francisco.

McAuliff, B. D., & Kovera, M. B. (2000, August). *Effects of age, crime, and cross-examination on children's credibility*. Paper presented at the 108th Annual Convention of the American Psychological Association, Washington, DC.

McAuliff, B. D., & Kovera, M. B. (2000, August). *Juror attitudes toward innovative testimonial procedures in child abuse proceedings*. Paper presented at the 108th Annual Convention of the American Psychological Association, Washington, DC.

Hebert, K. S. & Kovera, M. B. (2000, March). *Jurors' use of social framework evidence*. Paper presented at the biennial meeting of the American Psychology-Law Society, New Orleans, LA.

Kovera, M. B. & McAuliff, B. D.  (2000, March).  Attorneys evaluations of psychological science: Does evidence quality matter?  In M. B. Kovera & B.D. McAuliff (Co-Chairs), *Judge, attorney, and juror decisions about scientific and statistical evidence.*  Symposium conducted at the biennial meeting of the American Psychology-Law Society, New Orleans, LA.

McAuliff, B. D. & Kovera, M. B. (2000, March).  Effects of legal accommodations on juror expectancies for child witness demeanor.  In B. L. Bottoms & M. B. (Co-Chairs), *Juror perceptions of child witnesses.*  Symposium conducted at the biennial meeting of the American Psychology-Law Society, New Orleans, LA.

Kovera, C. A., Kovera, M. B., Pablo, J., Ervin, F. R., Williams, I. C., & Mash, D. C.  (1999, November).  *Anti-addiction benefits of ibogaine:  Mood elevation and drug craving reduction.*  Paper presented at the meeting of the Society for Neuroscience, Miami, FL.

McAuliff, B. D., & Kovera, M. B.  (1999, August). *Can jurors detect methodological flaws in scientific evidence*?  Paper presented at the 107th Annual Convention of the American Psychological Association, Boston, MA.

McAuliff, B. D., & Kovera, M. B.  (1999, July).  Juror sensitivity to methodological flaws in expert evidence. In S. D. Penrod (Chair), *The use of scientific evidence: Empirical, legal, and comparative perspectives.*  Symposium conducted at the meeting of the European Association for Psychology and Law, Dublin, Ireland.

Phillips, M. R., McAuliff, B. D., Kovera, M. B. & Cutler, B. L.  (1999, July).  Investigator bias and witness confidence. In K. McClure (Chair), *Eyewitness identifications of suspects: New views on the relationship between confidence and accuracy.*  Symposium conducted at the meeting of the European Association for Psychology and Law, Dublin, Ireland.

Kovera, M. B.  (1998, August).  Hallmarks of a successful grant proposal.  In J. Schklar & L. Butts (Chairs), *Grant getting opportunities for graduate students in psychology and law.* Symposium conducted at the 106th Annual Convention of the American Psychological Association, San Francisco, CA.

Kovera, M. B., & McAuliff. B. D.  (1998, August).  *Judge evaluations of expert evidence: Are they effective gatekeepers?*  Paper presented at the 106th Annual Convention of the American Psychological Association, San Francisco, CA.

McAuliff, B. D., & Kovera, M. B.  (1998, August).  *Juror beliefs about witness suggestibility:  Is there common understanding?*  Paper presented at the 106th Annual Convention of the American Psychological Association, San Francisco, CA.

Kovera, M. B., & McAuliff, B. D.  (1998, August).  *Judge and juror evaluations of scientific evidence.*  In J. L. Jackson (Chair), Judge and jury decision-making. Symposium conducted at the International Congress for Applied Psychology, San Francisco, CA.

Kovera, C. A., Kovera, M. B., Singleton, E. G., Ervin, F. R., Williams, I. C. & Mash, D. C. (1998, June). *Decreased drug craving during inpatient detoxification with ibogaine.* Paper presented at the meeting of the College on Problems of Drug Dependence, Scottsdale, AZ.

Phillips, M., McAuliff, B. D., Kovera, M. B., & Cutler, B. L. (1998, March). *Investigator bias in photoarrays.* Paper presented at the Florida Cognition Conference, North Miami, FL.

McAuliff, B. D., Kovera, M. B., & Viswesvaran, C. (1998, March). Methodological issues in child witness suggestibility research. In B. L. Bottoms & J. A. Quas (Chairs), *Situational and individual sources of variability in children's suggestibility and false memories.* Symposium conducted at the biennial meeting of the American Psychology-Law Society, Redondo Beach, CA.

McAuliff, B. D., & Kovera, M. B. (1998, March). *A survey of expert beliefs about witness suggestibility.* Paper presented at the biennial meeting of the American Psychology-Law Society, Redondo Beach, CA.

Phillips, M., McAuliff, B. D., Kovera, M. B., & Cutler, B. L. (1998, March). *Investigator bias in photoarrays.* Paper presented at the biennial meeting of the American Psychology-Law Society, Redondo Beach, CA.

Kovera, M. B., McAuliff, B. D., & Hebert, K. S. (1997, August). *Juror evaluations of expert evidence validity.* Paper presented at the 105th Annual Convention of the American Psychological Association, Chicago.

McAuliff, B. D. & Kovera, M. B. (1997, August). *Cognitive, social, and developmental factors in suggestibility: A meta-analysis.* Paper presented at the 105th Annual Convention of the American Psychological Association, Chicago.

Kovera, M. B. (Panelist). (1996, August). In B. A. Watts (Chair), *Marketing yourself: Recent graduates discuss their strategies.* Symposium conducted at the 104th Annual Convention of the American Psychological Association, Toronto, Canada.

Devenport, J. L., Stinson, V., & Kovera, M. B. (1996, March). *How much impact does expert testimony have on juror decisions? A meta-analysis.* Paper presented at the biennial meeting of the American Psychology-Law Society, Hilton Head, SC.

Kovera, M. B. (1996, March). *"If it does not fit, you must acquit": General pretrial publicity, rape, and evidence plausibility.* Paper presented at the biennial meeting of the American Psychology-Law Society, Hilton Head, SC.

Kovera, M. B., Borgida, E., & Gresham, A. W. (1996, March). The impact of child witness preparation and expert testimony on juror decision making. In B. L. Bottoms & M. A. Epstein (Chairs), *Jurors' decisions in child sexual assault cases.* Symposium conducted at the biennial meeting of the American Psychology-Law Society, Hilton Head, SC.

Kovera, M. B. (1994, August).  *Attitudes as a moderator of media influence on credibility appraisals.*  Paper presented at the 102nd Annual Convention of the American Psychological Association, Los Angeles, California.

Park, R. C., Kovera, M. B., & Penrod, S. D.  (1992, September).  *Jurors' perceptions of hearsay evidence.*  Paper presented at the third European Law and Psychology Conference, Oxford, England.

Kovera, M. B., & Borgida, E.  (1992, August).  *Children on the witness stand: A persuasion analysis of jurors' perceptions.*  Paper presented at the 100th Annual Convention of the American Psychological Association, Washington, D.C.

Borgida, E., & Kovera, M. B.  (1992, May).  *Expert testimony in child sexual abuse cases: The use and abuse of psychological data.*  Paper presented at the NATO Advanced Study Institute, Lucca, Italy.

Kovera, M. B., Levy, R. J., Borgida, E., & Penrod, S. (1992, March).  *Expert witnesses in child sexual abuse cases: Effects of expert testimony and cross-examination.*  Paper presented at the biennial meeting of the American Psychology-Law Society, San Diego, California.

Bull (Kovera), M. A., Park, R. C., & Penrod, S. (1991, September).  *Jurors' perceptions of eyewitness and hearsay evidence.*  Paper presented at the Hearsay Reform Conference, Minneapolis, Minnesota.

Gresham, A. W., Bull (Kovera), M. A., Regan, P. C., & Borgida, E.  (1991, June).  *The influence of expert testimony and child witness demeanor on jury decision making.*  Paper presented at the meeting of the American Psychological Society, Washington, D. C.

Bull (Kovera), M. A., Borgida, E., Gresham, A. W., & Swim, J.  (1990, May).  *Expert testimony in child sexual abuse cases: An empirical investigation of partisan orientation.*  Paper presented at the meeting of the Midwestern Psychological Association, Chicago, Illinois.

Gresham, A., Borgida, E., Swim, J., French, S. & Bull (Kovera), M.  (1989, May).  *Juror common understanding of child sexual abuse and children as witnesses.*  Paper presented at the meeting of the Midwestern Psychological Association, Chicago, Illinois.

## Workshops

Kovera, M. B. (2009, February). Litigation Consulting: Research and Practice.  Workshop sponsored by the American Academy of Forensic Psychology, Fairfax, VA.

Kovera, M. B. (2005, September). Jury Selection: Research and Practice.  Workshop sponsored by the American Academy of Forensic Psychology, St. Louis, MO.

Kovera, M. B. (2005, April). Jury Selection: Research and Practice.  Workshop sponsored by the American Academy of Forensic Psychology, St. Petersburg, FL.

Kovera, M. B. (2003, June). Jury Selection: Research and Practice.  Workshop sponsored by the American Academy of Forensic Psychology, San Juan, PR.

## Invited Colloquia

American Bar Foundation, Amherst College, Beijing Normal University (China), City University of New York-Graduate Center, College of the Holy Cross, Connecticut College, Florida Atlantic University; Fordham University; Lewis and Clark College, Ontario Consortium on Psychology and Law/University of Ontario Institute of Technology (Canada), Oregon State University, Rutgers University, Scripps College, St. Thomas University (Miami), University of Alabama at Huntsville, University of Alaska at Anchorage, University of Florida, University of Massachusetts at Amherst, University of Minnesota, University of Nebraska-Lincoln, University of New South Wales (Australia), University of North Florida, University of Oslo (Norway)

### Case Law Citations

*Decision making about scientific evidence and its admissibility*

State v. Neiderbach, Supreme Court of Iowa, 837 N.W.2d 180 (2013).

State v. Farrier, Court of Appeals of Louisiana, 162 So. 3d 1233 (2015).

*Eyewitness identification*

People v. Reynoso, 2012 NY Slip OP 52450,

Smiley v. State, Court of Appeals of Maryland, 442 Md. 168; 111 A.3d 43 (2015).

State v. Marquez, Supreme Court of Connecticut, 291 Conn. 122 (2009).

State v. Henderson, Supreme Court of New Jersey, 208 N.J. 208 (2011).

State v. Holmes, Superior Court of Delaware, 2012 Del. Super. LEXIS 422 (2012).

Young v. Conway, United States Court of Appeals for the Second Circuit, 698 F.3d 69 (2013).

Young v. State, Supreme Court of Alaska, Supreme Court No. S-15665, No. 7110 (2016).

*Hearsay Evidence*

People v. Hendrickson, Supreme Court of Michigan, 459 Mich. 229; 586 N.W.2d 906 (1998).

## SERVICE

## Ad-hoc Reviewer

*American Psychologist*
*Analyses of Social Issues and Public Policy*
*Applied Cognitive Psychology*
*Basic and Applied Social Psychology*
*Canadian Journal of Behavioral Science*
*Canadian Psychologist*
*Communication Yearbook*
*Criminal Justice and Behavior*
*Criminal Justice Review*
*Current Directions in Psychological Science*
*Group Processes and Interpersonal Relations*
*Journal of Applied Psychology*
*Journal of Applied Social Psychology*
*Journal of Behavioral Decision Making*
*Journal of Clinical Child Psychology*
*Journal of Experimental Psychology: Applied*
*Journal of Experimental Social Psychology*
*Journal of Occupational and Organizational Psychology*
*Journal of Personality and Social Psychology*
*Law and Human Behavior*
*Law and Policy*
*Law and Social Inquiry*
*Law and Society*
*Personality and Social Psychology Bulletin*
*Perspectives on Psychological Science*
*Psychological Methods*
*Psychological Review*
*Psychological Science*
*Psychology, Crime, and Law*
*Psychology of Women Quarterly*
*Psychology, Public Policy and Law*
*Sex Roles*
*Social Cognition*

Academy of the Social Sciences in Australia
Economic and Social Research Council (Europe)
National Science Foundation: Law and Social Science Program
National Science Foundation: Decision, Risk, and Management Sciences Program
Social Sciences and Humanities Research Council of Canada
William T. Grant Foundation

Allyn and Bacon
American Psychological Association Press
Columbia University Press

Lawrence-Erlbaum
New York University Press
Oxford University Press
Prentice-Hall
Wadsworth

American Psychological Association Conference, Divisions 9 and 41
American Psychology-Law Society Conference
APA/ABA Conference on Psychological Expertise

## Tenure and/or Promotion File Review

Arizona State University (Tenure/Promotion)
Bates College (Tenure/Promotion)
City University of New York (Distinguished Professor)
Florida State University at Sarasota (Tenure/Promotion; Full Professor)
George Mason University (Full Professor)
Roger Williams University (Tenure/Promotion)
Rutgers University (Tenure/Promotion)
Tufts University (Tenure/Promotion)
University of Alabama at Huntsville (Full Professor)
University of Arizona (Distinguished Professor)
University of California at Davis (Distinguished Professor)
University of Colorado at Colorado Springs (Tenure/Promotion)
University of Nebraska at Lincoln (Chaired Professorship)
University of Wyoming (Tenure/Promotion)

## External Reviewer for a Departmental Program Review

University of Florida, Department of Criminology, Law, and Society

## Editorial, Panelist, and Advisory Board Activities

Editor-in-Chief, *Law and Human Behavior* (2012-present)
Editorial Board, *Advances in Psychology and Law* Book Series, Springer (2013-present)
Editorial Board, American Psychology-Law Society Book Series, Oxford University Press
     (2010-present)
Member, Advisory Committee for Assessment of the Netherlands Register of Court Experts
     (2017-present)
Consulting Editor, *Psychology, Public Policy, and Law* (2000-2006; 2012-present)
Academic Advisory Board, New York University's Civil Jury Project (2015-present)
Associate Editor, *Law and Human Behavior* (2002-2011)
Editorial Board, *Law and Human Behavior* (1996-2005)
Editorial Advisory Board, *The Encyclopedia of Psychology and Law,* Sage Publications (2006-
     2008)
Panelist, National Science Foundation, Law and Social Sciences Program (2005-2007)
Panelist, National Science Foundation Graduate Research Fellowships (2002; 2004)

Editorial Assistant, *Journal of Personality and Social Psychology* (1991-1992)

## Service to Professional Organizations

American Psychological Association (APA)

> Task Force on the Publication of Previously Published Material (2015)
> Committee on Division/APA Relations (2009-2011; Chair, 2011)
> Agenda Planning Group (2011)

American Psychology-Law Society (Division 41 of APA)

> President-Elect, President, Past-President (2006-2009)
> Treasurer (2000-2006)
> Executive Committee (2000-2009; 2012-2018)
> Publications Committee (Chair, 2012-2018)
> APLS International Conference Program Co-Chair (2011)
> Fellows Committee (2009-present; Chair, 2010-2011)
> Early Career Psychologists Committee (2009-2011)
> APA Conference Program Chair (2000)
> APA Conference Program Co-Chair (1999)
> Grants-in-Aid Committee (1996-1999; Chair, 1998-1999)
> Continuing Education Committee (2007-2009)
> Nominations and Awards Committee (2007-2009; Chair, 2008-2009)
> Children and Law Committee Co-Chair (1996-1998)
> Teaching and Mentoring Award Committee (2007)

Society for the Psychological Study of Social Issues (Division 9 of APA)

> Secretary-Treasurer (2009-2012)
> Executive Committee (2009-2012)
> Audit and Finance Committee (Chair, 2009-2012)
> Nominations and Elections Committee (2009-2012)
> Fellows Committee (Chair, 2008-2010)
> Court Watch Committee (1996-2005; Chair, 1997-2005)

## Service to the College/University

### *City University of New York*

Chair, Psychology and Physiological Psychology Panel, PSC-CUNY Awards (2016-2019)
Member, University Committee on Research (2016-2019)
Member, Review Oversight Committee for the CUNY Collaborative Incentive Research
    Program (2013)
Member, University Task Force on the Restructuring of the PSC-CUNY Research Award
    Program (2008-2010)
Psychology and Law Doctoral Program

Director (2005-2006; 2014-2015)
Executive Committee (2014-2018)
Comprehensive Exam Committee (2007-present; Chair, 2007-2009)
Student Admissions and Awards Committee
        (2005-present; Chair, 2007-2010; 2011-2014)
Colloquium Committee (Chair, 2004-2005)
Curriculum Committee (2006-2007)
Ad-hoc Committee on Basic Science Track (2004-2005)
Criminal Justice Doctoral Program
        Executive Committee (2008-2009; 2011-2012)
        Comprehensive Exam Grader (2006-present)
Basic and Applied Social Psychology Doctoral Program
        Steering Committee (2012-2017)
        Curriculum Committee (2012-2017)
        Admissions Committee (Chair; 2012-2015)


*John Jay College of Criminal Justice, City University of New York*

Search Committee Chair, Vice Provost/Dean of Research, (2013-2014)
Search Committee, Director of Office of Sponsored Programs (2013)
Steering Committee for Faculty Development Day (2012-2013)
Committee on Tenure Standards for Scholarship (2010)
Research Advisory Committee (2007-2012; 2013-2014)
Associate Provost Search Committee (2008-2009)
Research Integrity Officer (2007-2008)
IRB Task Force (2006)
Faculty Panel, Provost Search (2006)
Honors Council (2004-2005)

*Florida International University*

Millennium Strategic Planning Committee (2000-2002)
Provost/FIU Foundation Summer Research Competition Committee (2002)
Faculty Senate Task Force on Enrollment (1999-2000)
North Campus Strategic Planning Committee (1997-1998)

## Service to the Department

***John Jay College of Criminal Justice, City University of New York***
Forensic Psychology Research Institute Panel Member (2016-present)
Cognitive Psychology Search Committee (2017)
Developmental Psychology Search Committee (2016)
Cognitive Psychology Search Committee (2012)
Strategic Planning Committee (2009-2010)
Departmental Research Advisory Committee (2008-2010)
Departmental Curriculum Committee (2004-2006; Chair, 2005-2006)

Space Committee (2004-2005)
Personnel and Budget Committee (2004-2005)
Research Participant Pool Committee (2004-2008)

***Florida International University***
Legal Psychology Graduate Program (1997-2004; Director, 2000-2004)
Coordinator, Introduction to Psychology course (2000-2004)
Graduate Faculty Committee (2003)
Recruitment Committee (2000-2001, 2002-2004; Chair, 2000-2001; 2003-2004)
Applied Psychology Graduate Program (1995-1997)

## Community Service

Member, Continuo Arts Symphonic Chorus (2008-present)
    European premiere of Stephen Edwards' *Requiem for My Mother*, Festival Internazionale di
        Musica e Arte Sacra, Basilica of St. Ignatius, Rome, November 2008
    World premiere of Stephen Edwards' *A Carol Fantasy*, Carnegie Hall, November 2009
Summit Music Parents Association (2012-2016, Assistant Treasurer 2012-2013, Treasurer 2013-
    2015; President, 2015-2016)
Summit Performing Arts Resource Council (2014-2016, board member)
Board of Deacons, Central Presbyterian Church, Summit, NJ (2010-2013; Vice-Moderator,
    2011-2012; Moderator, 2012-2013)
Pastor Nominating Committee, Central Presbyterian Church, Summit, NJ (2012-2013)
Docent, Art-in-the-Classroom Program, Brayton Elementary School, Summit, NJ (2004-2010)
Coach, Summit Recreational Soccer (2010)
Assistant Coach, Summit Youth Basketball (2010)
Assistant Coach, Summit Soccer Club (2007)

### Undergraduate Honor's Thesis Supervised

Brittany Lahey (2016)

### Theses Supervised

Bradley D. McAuliff (1998)
Melissa Russano (2001)
Stacie Cass (2002)
Tara Mitchell (2002)
Fadia Narchet (2003)
Lora Levett (2004)
Sarah Greathouse (2004)
Nina Steighner (2004)
Erin Danielsen (2005) — Outstanding Student Research Award, American Society of Trial
    Consultants
Frances (Katy) Sothmann (2006)
Rosa DeAngelis (2006)
Caroline Crocker (2008)

Joseph Vitriol (2010)
Alexis [Forbes] Robinson (2010)
Jacqueline Austin (2011)
Marlee Berman (2011)
Lauren Gundrum (2011)
Jimmy Yip (2011)
Angela Yarbrough (2013)
Karima Modjadidi (2015)
Lauren Clatch (2015)
Nikoleta Despodova (2017)
Melanie Close (2017)
Sydney Wood (2017)
Alexa Hiley (2017)
Alexis Merlo (in progress)

## Dissertations Supervised

Bradley D. McAuliff (2000) — American Psychology-Law Society (APA Division 41)
    Dissertation Award (1st place)
Kellye S. Hebert (2000)
Marisa Collett (2001)
Tracey R. Carpenter (2001)
Lora M. Levett (2005) — American Psychology-Law Society (APA Division 41) Dissertation
    Award (3rd place)
Sarah M. Greathouse (2009)
Caroline B. Crocker (2010) — American Psychology-Law Society (APA Division 41)
    Dissertation Award (2nd place)
Julia Busso Kennard (2011) — American Psychology-Law Society (APA Division 41)
    Dissertation Award (3rd place)
Jacqueline Austin (2013)
David M. Zimmerman (2013)
Lindsey Rhead (2014)
Amanda Bergold (2016)
Andrew Evelo (in progress)
Karima Modjadidi (in progress)

## Memberships in Professional Organizations

American Psychological Association, Fellow
American Psychology-Law Society, Fellow
Association for Psychological Science, Fellow
European Association for Psychology and Law
Law and Society Association
Society of Experimental Social Psychology, Fellow
Society for Personality and Social Psychology
Society for the Psychological Study of Social Issues, Fellow

# TEACHING

**University of Minnesota** (1990-1993)

*Undergraduate Courses*
Social Psychology
Applied Social Psychology

*Graduate Courses*
Applied Social Psychology
Attitudes and Social Behavior

**Reed College** (1993-1995)

Introduction to Psychology
Psychology as a Cognitive Science
Legal Psychology
Social Psychology
Attitudes and Social Behavior

**Florida International University** (1995-2004)

*Undergraduate Courses*
Introduction to Psychology
Legal Psychology
Social Psychology
Attitudes and Social Behavior
Experimental Social Psychology

*Graduate Courses*
Proseminar in Legal Psychology
Proseminar in Social Psychology
Experimental Psychology and Law
Psychology of Juries
Social Cognition

**John Jay College, City University of New York** (2004-present)

Introduction to Psychology
Psychology and Law

**Graduate Center, City University of New York** (2004-present)
Experimental Psychology and Law
Psychology of Juries
Research Methods and Design I
Research Practicum

# EXHIBIT D

ID NUMBER _____ INTERVIEWER_____ COUNTY_____

(Hello, I'm _____ from _____.)

**We are conducting phone interviews New York State residents about an issue that has been in the news. The questions should only take a few minutes, and I think you will find them interesting. Your phone number was randomly selected and your answers will be entirely anonymous. I don't have your name and your phone number will not be on the questionnaire.**

**I need to speak with the person living in your household who is a US citizen, is over eighteen, and who most recently celebrated their birthday. Are you that person?**

> IF YES:        [GO TO NEXT QUESTION]

> IF NO:        May I please speak with that person? [DO CALLBACK]

**S1.    What is the name of the county you live in?**

BUFFALO DIVISION
1.    Erie
2.    Genesee
3.    Niagara
4.    Orleans
5.    Wyoming
6.    Chautauqua
7.    Cattaraugus
8.    Allegany
ROCHESTER DIVISION
9.    Livingston
10.    Monroe
11.    Ontario
12.    Seneca
13.    Wayne
14.    Yates
15.    Steuben
16.    Schuyler
17.    Chemung
CANNOT USE
18.    Other county (SPECIFY)
19.    Refused

[IF NOT IN ANY OF THE COUNTIES WE SPECIFIED OR REFUSED–TERMINATE]

**S2.    Do have a New York state-issued Driver's license? (DO NOT READ RSPONSES)**

| | | |
|---|---|---|
| 1.    | Yes    | [SKIP TO Q1] |
| 2.    | No    | [GO TO S3] |
| 3.    | Refused    | [GO TO S3] |

**S3.**   **Have you filed a tax-return in the state of New York?** (DO NOT READ RSPONSES)

    1.    Yes                    [SKIP TO Q1]
    2.    No                      [GO TO S4]
    3.    Refused           [GO TO S4]

**S4.**   **Have you received Unemployment Insurance Benefits from the state of New York?** (DO NOT READ RSPONSES)

    1.    Yes                    [SKIP TO Q1]
    2.    No                      [GO TO S5]
    3.    Refused           [GO TO S5]

**S5.**   **Have you received Home Relief or Aid to Families with Dependent Children from the state of New York?** (DO NOT READ RSPONSES)

    1.    Yes                    [SKIP TO Q1]
    2.    No                      [GO TO S6]
    3.    Refused           [GO TO S6]

**S6.**   **Is there someone else who lives in the household, who is over 18?** (DO NOT READ RESPONSES)

    1.    Yes                    [GO TO S2]
    2.    No                      [TERMINATE]
    3.    Refused           [TERMINATE]

[IF NO ONE OVER 18 IN HOUSE OR REFUSED–TERMINATE]

[END OF SCREENING QUESTIONS]

**1.**   **How closely do you follow the news?**  (READ RESPONSES)

    1.    Very closely
    2.    Fairly closely
    3.    Not too closely
    4.    Not at all closely
    5.    Don't know/Refused (DO NOT READ)

**2.**   **Do you remember hearing a story in August, 2003, about the robbery of a federal credit union on the Webster New York Campus of Xerox?** (READ RESPONSES)

    1.   Yes                          [Ask for recall then SKIP TO Q5]
    2.   No                              [GO TO Q3]
    3.   Don't know/Refused (DO NOT READ)    [GO TO Q3]

What else do you recall about the story?   _____
_____

**3.**   **If I said that a customer was fatally shot, another was injured, and that surveillance footage of the crime was shown on news and TV media, would that sound familiar?** (READ RESPONSES)

    1.   Yes                           [Ask for recall then SKIP TO Q5]
    2.   No                                [GO TO Q4]
    3.   Don't know/Refused (DO NOT READ)    [GO TO Q4]

What else do you recall about the story?   _____
_____

**4.**   **If I said that a manhunt for the culprit ensued and that the manhunt resulted in local roadblocks, police checkpoints, and a multiple hour lockdown of the Xerox campus, would that sound familiar?**

    1.   Yes                           [Ask for recall then GO TO Q5]
    2.   No                                [GO TO Q5]
    3.   Don't know/Refused (DO NOT READ)    [GO TO Q5]

What else do you recall about the story?   _____
_____

**5.**   **Are you aware that an individual has been charged in this incident with armed robbery resulting in death?** (DO NOT READ RESPONSES)

    1.   Yes
    2.   No
    3.   Don't know/Refused (DO NOT READ)

**6.**   **An individual has been charged for this crime. Do you recall the name of this individual?** (READ RESPONSES)

    1.   Richard Wilbern                  [SKIP TO Q8]
    2.   Other (SPECIFY)                   [GO TO Q7]
    3.   No                                 [GO TO Q7]
    4.   Don't know/Refused (DO NOT READ)    [GO TO Q7]

**11.**     **In light of what you have learned from the news and what you have told us, if you were a juror in this case, do you think that you could set aside this opinion and render a verdict based only on the trial evidence?** (READ RESPONSES)

[Run answers counter-balanced]
1.     Definitely Yes
2.     Probably Yes
3.     Not Sure
4.     Probably No
5.     Definitely No
6.     Don't know/Refused (DO NOT READ)

**12.**     **In light of what you have learned from the news and what you have told us, do you think that you could be a fair and impartial juror in a case involving charges against Richard Wilbern?** (READ RESPONSES)

[Run answers counter-balanced]
1.     Definitely Yes
2.     Probably Yes
3.     Not Sure
4.     Probably No
5.     Definitely No
6.     Don't know/Refused (DO NOT READ)

**13.**     **Where would you say that most of your information about this incident has come from?** (READ RESPONSES)

1.     Newspapers
2.     Radio
3.     Television
4.     Internet
5.     Other media
6.     Word of mouth
7.     Other (SPECIFY)
8.     Don't know/Refused (DO NOT READ)

**14.**     **How closely would you say you have followed the media surrounding this incident?** (READ RESPONSES)

1.     Very closely
2.     Somewhat closely
3.     Not that closely
4.     Not closely at all
5.     Don't know/Refused  (DO NOT READ)

15.    **After the incident occurred, were you or someone you know affected by law enforcement activity—such as the Xerox Campus lockdown or roadblocks—related to the search for a suspect?**

    1.    Yes, I was affected (SPECIFY effect)
    2.    Yes, someone I know was affected (SPECIFY who and what effect)
    3.    No
    4.    Don't know/Refused (DO NOT READ)

[RESTART MANDATORY QUESTIONS]

16.    **What would you say is your impression, if any, of Xerox Corporation? Would you say your impression is:** (READ RESPONSES)

    [Run answers counter-balanced]
    1.    Very positive
    2.    Somewhat positive
    3.    Neutral
    4.    Somewhat negative
    5.    Very negative
    6.    No impression (DO NOT READ)
    7.    Don't know/Refused  (DO NOT READ)

17.    **Are you now or have you ever been a full-time, part-time, or contracted employee of Xerox Corporation?** (READ RESPONSES)

    1.    Yes (SPECIFY level of employment)    [GO TO Q18]
    2.    No    [SKIP TO Q19]
    3.    Don't know/Refused (DO NOT READ)    [SKIP TO Q19]

18.    **Were you an employee of Xerox Corporation in August, 2003?**

    1.    Yes (SPECIFY job title)
    2.    No
    3.    Don't know/Refused (DO NOT READ)

19.    **Do you know anyone who has ever been a full-time, part-time, or contracted employee of Xerox Corporation?** (READ RESPONSES)

    1.    Yes (SPECIFY relationship)    [GO TO Q20]
    2.    No    [SKIP TO Q21]
    3.    Don't know/Refused (DO NOT READ)    [SKIP TO Q21]

**20.**   **Was this person employed by Xerox Corporation in August, 2003?** (READ
RESPONSES)

    1.    Yes (SPECIFY job title)
    2.    No
    3.    Don't know/Refused (DO NOT READ)

**21.**   **In your opinion, how often does racial discrimination happen in the workplace?**
(READ RESPONSES)

    [Run answers counter-balanced]
    1.    Never
    2.    Rarely
    3.    Sometimes
    4.    Often
    5.    A great deal
    6.    Don't know/Refused  (DO NOT READ)

**22.**   **What would you say is your impression, if any, of the people who file civil suits
regarding workplace discrimination? Would you say your impression is:** (READ
RESPONSES)

    [Run answers counter-balanced]
    1.    Very positive
    2.    Somewhat positive
    3.    Neutral
    4.    Somewhat negative
    5.    Very negative
    6.    No impression (DO NOT READ)
    7.    Don't know/Refused  (DO NOT READ)

**Just a few more questions so that we can compare your answers with those of other
respondents:**

**D1.**   **What is your age, please?** (READ RESPONSES)

    1.    18-25
    2.    26-40
    3.    41-60
    4.    61-75
    5.    76+
    6.    Don't know/Refused (DO NOT READ)

**D2.**  **What is the last grade of formal education you have completed?** (READ RESPONSES)

    1.     Less than high school
    2.     High school graduate
    3.     Some college/vocational school
    4.     College graduate
    5.     Post graduate
    6.     Don't know/Refused (DO NOT READ)

**D3.**  **What is your race and ethnic background?** (DO NOT READ)

    1.     African
    2.     African-American, Black
    3.     American Indian
    4.     Asian
    5.     Black and Hispanic
    6.     Caucasian, White
    7.     Caucasian and African-American
    8.     Caucasian and Hispanic
    9.     Hispanic
    11.   Other
    12.   Don't know/Refused

**D4.**  **How frequently do you attend religious services?** (READ RESPONSES)

    [Run answers counter-balanced]
    1.     Never
    2.     Once a year or less
    3.     A few times a year
    4.     A few times a month
    5.     Once a week
    6.     More than once a week
    7.     Don't know/Refused (DO NOT READ)

**D5.**  **What is your income level?** (READ RESPONSES)

    1.     $0 - $10,000
    2.     $10,000 - $25,000
    3.     $25,000 - $50,000
    4.     $50,000 - $100,000
    5.     Over $100,000
    6.     Don't know/Refused (DO NOT READ)

**That's all the questions I have. Thank you very much for your time.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**D6.**   **(DO NOT ASK UNLESS AMBIGUOUS)…What is gender do you identify with?**

    1.   Female
    2.   Male
    3.   Other/Refused

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**I1.**   **(DO NOT ASK; FOR INTERVIEWER ONLY) Did respondent ask "Is this survey for the defense?" or any variation of this over the course of the survey?**

    1.   Yes
    2.   No

**I2.**   **(DO NOT ASK; FOR INTERVIEWER ONLY) Did respondent ask "Is this about jury service?" or any variation of this over the course of the survey?**

    1.   Yes
    2.   No

# EXHIBIT E

# Buffalo, Falls are focus of search for suspect in deadly '03 robbery

The Buffalo News (New York)

March 22, 2016 Tuesday, Buffalo News Edition

Copyright 2016 The Buffalo News All Rights Reserved

**Section:** D,D; Pg. 29

**Length:** 352 words

**Byline:** Phil Fairbanks

News Staff Reporter

## Body

The 13-year search for a bank robber who killed a man during a holdup of a credit union outside Rochester now focuses on Buffalo and Niagara Falls.

The FBI, as part of the expanded search, unveiled a billboard with digitally enhanced photos that it hopes will lead to new tips about the suspect's whereabouts. The agency is also offering a $50,000 reward.

"Recently, we've developed information that the individual we're interested in may be living in Buffalo or Niagara Falls and have significant ties to Rochester," said Adam S. Cohen, special agent in charge of the FBI office in Buffalo.

The billboards and reward, announced Monday at a news conference in Rochester, are part of a renewed effort by the FBI to find the man who was wearing a dark blue nylon jacket with the letters "FBI" written in yellow on the back and on the sleeves when he entered the **_Xerox_** Federal Credit Union in Webster on Aug. 12, 2003.

The suspect was also wearing a bulletproof vest, a "United States Marshals Service"-style badge around his neck, dark-colored sunglasses and a poorly fitting Afro-style wig.

The FBI says the man, after encountering resistance from an employee, removed two firearms from a large briefcase and shot two customers, killing one and seriously wounding another. He fled with an undisclosed amount of money.

Cohen said the FBI, the State Police and Webster police have been following up every credible tip in the case and are hoping the billboards and reward will lead to even more information about the suspect.

"We're hoping we'll spark increased interest and leads about the individual we're looking for," Cohen said.

The FBI said the man is believed to be African-American, about 6 feet tall, with a medium build and weighing between 180 and 200 pounds. Authorities believe that he was 30 to 35 years old at the time of the **_robbery_** and is about 43 to 48 now.

The FBI is offering $50,000 for information leading to the arrest and conviction of the suspect. Anyone with any information concerning this person, is asked to contact a local FBI office at 716-856-7800 or 800-CALL-FBI.

**email:** _pfairbanks@buffnews.com_

Buffalo, Falls are focus of search for suspect in deadly '03 robbery

**Load-Date:** March 22, 2016

End of Document