# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
*FEDERAL PUBLIC DEFENDER*
marianne_mariano@fd.org

ANNE M. BURGER
*SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER*
anne_burger@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

*REPLY TO: ROCHESTER*

November 6, 2018

**RECEIVED**

NOV 0 6 2018

Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

**VIA FAX**

Honorable Jonathan W. Feldman
United States Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

Re:   *United States v. Richard Leon Wilbern*, 17-cr-6017-CJS-JWF

Dear Magistrate Judge Feldman:

Earlier today, the government filed a response, docketed as Item 88 relating to the defense's Motion to Dismiss. I respectfully request that the Court permit the defense to reply to the government's response by November 20th. AUSA Gregory has indicated that he does not object to this request.

Respectfully submitted,

Anne M. Burger
Assistant Federal Public Defender

cc: Douglas Gregory, AUSA (via fax)

REQUEST GRANTED
SO ORDERED

Jonathan W. Feldman
United States Magistrate Judge