# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*100 State Street, Suite 500*  *585/263-6760*
*Rochester, New York 14614*  *fax 585/399-3920*
*Writer's Telephone: 585/399-3938*
*douglas.gregory@usdoj.gov*

October 11, 2018

Anne Burger, AFPD
Sonya Zoghlin, AFPD
Federal Public Defender's Office
28 E. Main St., Suite 400
Rochester, New York 14614

    Re:   <u>United States v. Richard Wilbern</u>
           17-CR-6016 CJS

Counselors:

    As indicated in our omnibus motion response dated October 1, 2018, the government intends to offer certain intercepted jail calls relating to 17-CR-6016, which charges a violation of Title 18, United States Code, Section 922(g). Enclosed please find a compact disc containing approximately nine (9) jail call recordings which reference the defendant's belongings maintained in the garage located at 23 Tubman Way. The specific calls the government intends to offer will be determined prior to trial. Relevant portions of all recordings are currently being transcribed and will be provided to you prior to trial.

    The password for the CD will be sent to you by separate email. Please do not hesitate to contact me with any questions.

                                  Very truly yours,

                                  JAMES P. KENNEDY, JR.
                                  United States Attorney

                By:
                                  DOUGLAS E. GREGORY
                                  Assistant U.S. Attorney

DEG/kmp
Enclosure

RECEIVED

OCT 12 2018

FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF NEW YORK