# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



_____

UNITED STATES

V.

RICHARD LEON WILBERN,

        Defendant.

_____

JURY VERDICT FORM

17-CR-6017

## 1. COUNT 1

How do you find as to defendant, Richard Leon Wilbern, with respect to credit union robbery as alleged in Count I

    NOT GUILTY _____   GUILTY ✓

If you find the defendant guilty of Count 1, proceed to part "a"

a)   We the jury find that the allegation that the defendant in committing such offense, did kill another person, to wit, Raymond Batzel is

    NOT PROVEN _____   PROVEN ✓

## STOP AND REPORT YOUR VERDICT

I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE.

Dated: November 8, 2019          <u>FOREPERSON NAME REDACTED</u>